UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-In-Possession.

Case No.: 22-11708-CMG

Chapter: 11

Judge: Gravelle

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Varun Malik_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Joseph M. Shapiro, Esq.
MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: March 23, 2022

/s/ Joseph M. Shapiro
Signature

*new.8/1/15*