# Middlebrooks Shapiro, P.C.
### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

**Melinda D. Middlebrooks, Esq.***     **Of Counsel**
**Joseph M. Shapiro, Esq.°**     **Myron S. Lehman, Esq. (1928-2007)**

**Richard P. Shapiro, Esq. (1942-2002)**
~     *Also admitted in Tennessee
**Jessica M. Minneci, Esq.**     °Also admitted in New York
**Angela Nascondiglio Stein, Esq.°**

March 24, 2022

Office of the United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, New Jersey 07102

      Re: Varun Malik,
          <u>Case No. 22-11708(CMG)</u>

Dear Ms. Hildebrandt:

      The 341(a) Meeting scheduled in the above-captioned matter for **March 31, 2022 at 3:00 p.m.** will be held via conference call.

      The conference call dial-in number is **(605) 313-5772 with Access# 2558341**.

                                                Sincerely,

                                                *Melinda Middlebrooks*
                                                Melinda D. Middlebrooks, Esq.

MDM:jmm

# Signature Certificate

Reference number: ZXHZU-BBGAV-PGZFD-OCEKA

| Signer | Timestamp | Signature |
|---|---|---|
| **Melinda Middlebrooks**<br>Email: middlebrooks@middlebrooksshapiro.com<br><br>Shared via link<br><br>Sent:<br>Viewed:<br>Signed: | <br><br><br><br>24 Mar 2022 19:18:22 UTC<br>24 Mar 2022 19:18:56 UTC<br>24 Mar 2022 19:19:08 UTC | *Melinda Middlebrooks*<br><br>IP address: 23.30.109.81<br>Location: Neptune City, United States |

Document completed by all parties on:
24 Mar 2022 19:19:08 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

