# United States Bankruptcy Court
### District of New Jersey

In re: **Varun Malik**, Debtor(s)

Case No. **22-11708**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **March 28, 2022**

/s/ Varun Malik
**Varun Malik**
Signature of Debtor

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Central Jersey Cardiology, PC
P.O. Box 32
Wickatunk, NJ 07765


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


DMI/HSBC Bank Usa, N.A
Credit Information Department
Lake Zurich, IL 60047


Fulton Bank, N.A.
117 West End Avenue
Somerville, NJ 08876


HSBC Bank
Attn: Bankruptcy
Po Box 2013
Buffalo, NY 14240


HSBC Bank
Attn: Bankruptcy
Po Box 2013
Buffolo, NY 14240


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

```
JPMC c/o National Bankruptcy Services, L
P.O. Box 9013
Addison, TX 75001


Morris S. Bauer, Esq.
Norris McLaughlin, P.A.
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, NJ 08807-5933


Pluese, Becker & Saltzman, LLC
Attorneys at Law
20000 Horizon Way
Suite 900
Mount Laurel, NJ 08054


PNC Mortgage
Attn: Bankruptcy
Po Box 8819
Dayton, OH 45401


Riker Danzig Scherer Hyland & Perretti L
1 Speedwell Avenue
Headquarters Plaza
Morristown, NJ 07962


State of New Jersey
Division of Taxation
Compliance Activity
PO Box 245
Trenton, NJ 08695-0245


State of New Jersey
Department of Labor and Workforce Devel
P.O. Box 389
Trenton, NJ 08646


TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut Street Po Box 1377
Lewiston, ME 04243


Textile Decor USA, Inc.
c/o Steven Mitnick, Esq.
SM Law PC
P.O. Box 530
Oldwick, NJ 08858
```

```
The Leviton Law Firm
One Pierce Place, Suite 725
Itasca, IL 60143


U.S. Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211
```