| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re:<br><br>VARUN MALIK,<br><br>Chapter 11 Debtor<br>and Debtor-in-Possession. | Case No.: 22-11708-CMG<br><br>Adversary No.: 22-01069-CMG<br><br>Chapter: 11<br><br>Judge: Christine M. Gravelle |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Varun Malik, Chapter 11 Debtor and Debtor-in-Possession
(Example: John Smith, creditor)

Old address: 44 Denise Drive
Edison, NJ 08820

New address: 21 Maida Road
Edison, NJ 08820

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 3/28/2022        /s/ Melinda D. Middlebrooks
                       Signature

*rev.8/1/2021*