UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession, Varun Malik

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

| | |
|---|---|
| Case No.: | 22-11708-CMG |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | 3/29/2022 at 2:30 pm |
| Judge: | Christine Gravelle |

## CERTIFICATION OF SERVICE

1. I, ___Melinda Middlebrooks, Esq.___ :

    ☒ represent _____Varun Malik_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____3/28/2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Amended Application for Retention of Middlebrooks Shapiro, PC as bankruptcy counsel for Varun Malik, Chapter 11 Debtor and Debtor-in-Possession.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___March 28, 2022___                    /s/ Melinda Middlebrooks
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Margaret McGee, Esq.<br>United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 North Kings Hwy<br>Suite 100<br>Cherry Hill, NJ 08034 | Attorneys for TD Bank, N.S. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rob Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  06054-4318 | Attorneys for HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morris S. Bauer, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102 | Attorneys for Fulton Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esq.<br>KML Law Group, P.C.<br>P.C Sentry Office Plaza<br>216 Haddon Avenue Suite 406<br>Westmont, NJ 08108 | Attorneys for PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All Parties Requesting Notice | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*