UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Proposed Attorneys for the Chapter 11 Debtor
and Debtor-in-Possession

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

Order Filed on March 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     22-11708

Chapter:     11

Judge:     _____

# ORDER AUTHORIZING RETENTION OF

### MIDDLEBROOKS SHAPIRO, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: March 29, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Middlebrooks Shapiro, P.C.___
as ___Attorney for Chapter 11 Debtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 841 Mountain Avenue
   1st Floor
   Springfield, New Jersey 07081

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. At the request of the Office of the United States Trustee, and to clarify the description of professional services to be rendered by applicant's counsel as set forth Paragraph 5 of the underlying Application, all legal work performed by applicant's counsel will be subject to application to this Court.

*rev.8/1/15*