UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Varun Malik, Chapter 11 Debtor
and Debtor-in-Possession

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession

Case No.: 22-11708-CMG

Chapter: 11

Adv. No.: _____

Hearing Date: 3/29/2022

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Melinda D. Middlebrooks, Esq. :

    ☒ represent _____Varun Malik_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____3/29/2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Filed Order Granting Application to Employ Professional Middlebrooks Shapiro, P.C. as Attorney for Debtor (Docket No. 32)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/29/2022

/s/ Melinda Middlebrooks
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Margaret H. McGee, Esq.<br>Trial Attorney<br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>maggie.mcgee@usdoj.gov | UST | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca McDowell, Esq.<br>1040 North Kings Hwy.<br>Suite 100<br>Cherry Hill, NJ 08034<br><br>rmcdowell@slgcollect.com | Attorneys for TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>dcarlon@kmllawgroup.com | Attorneys for PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and Emai<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br><br>dnj@pbslaw.org | Attorneys for HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and Emai<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morris S. Bauer, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br><br>msbauer@duanemorris.com | Attorneys for Fulton Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and Emai<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All Parties Requesting Notice via CM/ECF | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*