# Middlebrooks Shapiro, P.C.
### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

Melinda D. Middlebrooks, Esq.*
Joseph M. Shapiro, Esq.°
Richard P. Shapiro, Esq. (1942-2002)
~
Jessica M. Minneci, Esq.
Angela Nascondiglio Stein, Esq.°

Of Counsel
Myron S. Lehman, Esq. (1928-2007)

*Also admitted in Tennessee
°Also admitted in New York

**VIA CM/ECF**

March 29, 2022

Clerk
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re: Varun Malik, Case No. 22-11708-CMG,
         <u>Designation as Subchapter V Chapter 11</u>

Dear Madam:

    This Firm serves as Court-authorized Debtor's counsel to Varun Malik, the Chapter 11 debtor and debtor-in-Possession (the "Debtor") in the above-referenced Chapter 11 case. In filing the balance of his Petition, Schedules and Statements on March 28, 2022 (Docket No. 23), the Debtor elected to proceed as a Chapter 11 debtor under Subchapter V. We bring this to your attention so that the appropriate notices will be generated and the Subchapter V trustee may be appointed by the Office of the United States Trustee, who is copied on this correspondence.

    Thank you for your attention to this matter.

                                 Respectfully,
                              <u>*/s/ Melinda Middlebrooks*</u>
                              Melinda D. Middlebrooks, Esq.

MDM:jmm
cc: Honorable Christine Gravelle
    Maggie McGee, Esq. (UST)
    Rebecca McDowell, Esq. (TD Bank)
    Denise Carlon, Esq. (PNC Bank)
    Robert Salzman, Esq. (HSBC Bank)
    Morris Bauer, Esq. (Fulton Bank) (all via CM/ECF and Email)

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*