Order Filed on March 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

  Varun Malik

Case No.:     22-11708-CMG

Chapter:     11

Hearing Date:

Judge:     Gravelle

## ORDER VACATING

### Order Respecting Amendment to Schedule(s) Petition

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 30, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Respecting Amendment to Schedule(s) Petition

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated ____3/29/22____, be and the same is hereby vacated.

*revised 2/25/14*