UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Attorneys for Varun Malik
Chapter 11 Debtor and Debtor-In-Possession

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 22-11708-CMG
Chapter: 11
Adv. No.:
Hearing Date: April 5, 2022
Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Joseph M. Shapiro, Esq. :

    ☒ represent __Chapter 11 Debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __March 29, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Brief and Certification in Objection (Docket Nos. 36 and 37) to Motion to Dismiss Chapter 11 Case filed on behalf of creditor Fulton Bank, N.A. (Docket No. 13).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 31, 2022

/s/ Joseph M. Shapiro
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Margaret Mcgee, Esq. | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Counsel for Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morris S. Bauer, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd.<br>Ste 1800<br>Newark, NJ 07102 | Counsel for Creditor Fulton Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Creditor PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca K. McDowell<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100 | Counsel for Creditor TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Varun Malik<br>21 Maida Road<br>Edison, NJ 08820 | Chapter 11 Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*