UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Attorneys for Varun Malik
Chapter 11 Debtor and Debtor-In-Possession

Case No.: 22-11708-CMG

Chapter: 11

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

Adv. No.: 

Hearing Date: May 3, 2022 at 2pm

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Joseph M. Shapiro, Esq.:

    ☒ represent Chapter 11 Debtor in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On March 31, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order dated March 30, 2022 setting deadlines and scheduling confirmation hearing, Chapter 11 plan of reorganization dated March 29, 2022, and ballots.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 31, 2022          /s/ Joseph M. Shapiro
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dist Dir of IRS Insolvency Function<br>PO Box 724<br>Springfield, NJ 07081-0724 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| HSBC BANK USA, N.A.<br>c/o HSBC Bank USA, N.A.<br>1 Corporate Drive Suite 360<br>Lake Zurich, IL 60047-8945 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |
| TD Bank, N.A.<br>c/o Saldutti Law Group<br>1040 N. Kings Hwy., Suite 100<br>Cherry Hill, NJ 08034-1925 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| U.S. Attorney<br>970 Broad St.<br>Room 502<br>Rodino Federal Bldg.<br>Newark, NJ 07102-2534 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Central Jersey Cardiology, PC<br>P.O. Box 32<br>Wickatunk, NJ 07765-0032 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE<br>FLOOR 01<br>MONROE LA 71203-4774 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| DMI/HSBC Bank Usa, N.A<br>Credit Information Department<br>Lake Zurich, IL 60047 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |

| Name/Address | Role | Method |
|---|---|---|
| Fulton Bank, N.A.<br>117 West End Avenue<br>Somerville, NJ 08876-1828 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Fulton Bank, N.A.<br>C/o Morris S. Bauer<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste 1800<br>Newark, NJ 07102 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Gautham Gorla and Greeshma Rajakumara<br>44 Denise Drive<br>Edison, NJ 08820-4602 | Notice | ☒ Regular mail<br>☒ Other – CM/ECF |
| HSBC Bank<br>Attn: Bankruptcy<br>Po Box 2013<br>Buffalo, NY 14240-2013 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| HSBC BANK USA, N.A.<br>C/o Robert P. Saltzman<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| JPMC c/o National Bankruptcy Services, L<br>P.O. Box 9013<br>Addison, TX 75001-9013 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| TD Bank, N.A.<br>Rebecca K. McDowell<br>Saldutti Law Group<br>1040 N. Kings Highway. Suite 100<br>Cherry Hill, NJ 08034 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |
| PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |
| PNC Bank, National Association<br>c/o Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |

| | | |
|---|---|---|
| Suite 5000<br>Philadelphia, PA 19106 | | |
| Riker Danzig Scherer Hyland & Perretti<br>1 Speedwell Avenue<br>Headquarters Plaza<br>Morristown, NJ 07960-6838 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| State of New Jersey<br>Department of Labor and Workforce Devel<br>P.O. Box 389<br>Trenton, NJ 08646-0001 | Notice | ☒ Regular mail<br>☒ Other – CM/ECF |
| State of New Jersey<br>Division of Taxation Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695-0245 | Notice | ☒ Regular mail<br>☒ Other – CM/ECF |
| TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |
| TD Bank, N.A.<br>c/o Saldutti Law Group<br>1040 N. Kings Highway, Suite 100<br>Cherry Hill, NJ 08034-1925 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |
| Textile Decor USA, Inc.<br>c/o Steven Mitnick, Esq.<br>SM Law PC<br>P.O. Box 530<br>Oldwick, NJ 08858-0530 | Notice | ☒ Regular mail<br>☒ Other – CM/ECF |
| The Leviton Law Firm<br>One Pierce Place, Suite 725<br>Itasca, IL 60143-1234 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211-6424 | Creditor | ☒ Regular mail<br>☒ Other – CM/ECF |
| Margaret Mcgee<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Blvd.<br>Ste 21st Floor<br>Newark, NJ 07102 | U.S. Trustee | ☒ Regular mail<br>☒ Other – CM/ECF<br>☒ Other – Email |