| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Attorneys for Varun Malik, Chapter 11<br>(Subchapter V) Debtor and Debtor-in-Possession | |
|---|---|
| In Re:<br><br>VARUN MALIK,<br><br>Chapter 11 Debtor and Debtor-in-Possession. | Case No.: 22-11708-CMG<br>Chapter: 11<br>Adv. No.: _____<br>Hearing Date: _____<br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, __Melinda D. Middlebrooks, Esq.__ :

    ☒ represent _____Varun Malik_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____March 25, 2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Docket No. 21 - Correspondence dated March 24, 2022 to the Office of the United States Trustee re: 341(a) Meeting rescheduled at the request of Maggie McGee from March 31, 2022 at 2:00 p.m. to March 31, 2022 at 3:00 p.m. via First Class Mail, postage prepaid with sufficient postage through Stretto, an approved Bankruptcy Notice Provider.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __3/31/2022__                    /s/ Melinda Middlebrooks
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached exhibit | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 22-11708 |
| Varun Malik | Chapter 11 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 3/25/2022, I did cause a copy of the following document(s), described below:

Letter re: 341(a) Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/25/2022

/s/ Melinda D. Middlebrooks, Esq.
Melinda D. Middlebrooks, Esq.
Bar No. 4186
Middlebrooks Shapiro, P.C.
841 Mountain Avenue
First Floor
Springfield NJ 07081-0000
(973)218-6877
middlebrooks@middlebrooksshapiro.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>　Varun Malik<br>　Debtor(s) | Case No. 22-11708<br>Chapter 11 |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 3/25/2022, I did cause a copy of the following document(s), described below:

Letter re: 341(a) Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/25/2022

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/25/2022, I caused a copy of the Letter re: 341(a) Meeting to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Dist Dir of IRS | | | Insolvency Function | PO Box 724 | Springfield NJ 07081-0724 |
| FULTON BANK, N.A. | | DUANE MORRIS LLP | ONE RIVERFRONT PLAZA | 1 RIVERFRONT PLZ STE 1800 | NEWARK NJ 07102-5437 |
| HSBC BANK USA, N.A. | | | c/o HSBC Bank USA, N.A. | 1 Corporate Drive Suite 360 | Lake Zurich IL 60047-8945 |
| TD Bank, N.A. | | | c/o Saldutti Law Group | 1040 N. Kings Hwy., Suite 100 | Cherry Hill NJ 08034-1925 |
| U.S. Attorney | | 970 Broad St. | Room 502 | Rodino Federal Bldg. | Newark NJ 07102-2534 |
| United States Trustee | Office of the United States Trustee | 1085 Raymond Blvd. | One Newark Center | Suite 2100 | Newark NJ 07102-5235 |
| U.S. Bankruptcy Court | | | 402 East State Street | | Trenton NJ 08608-1507 |
| Bank of America | | | Attn: Bankruptcy | 4909 Savarese Circle | Tampa FL 33634-2413 |
| JPMORGAN CHASE BANK N A | | | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 |
| Citibank | | | Attn: Bankruptcy | P.O. Box 790034 | St Louis MO 63179-0034 |
| DMI/HSBC Bank Usa, N.A | | | Credit Information Department | | Lake Zurich IL 60047 |
| Discover Financial | | | Attn: Bankruptcy | Po Box 3025 | New Albany OH 43054-3025 |
| Fulton Bank, N.A. | | | 117 West End Avenue | | Somerville NJ 08876-1828 |
| HSBC Bank | | | Attn: Bankruptcy | Po Box 2013 | Buffalo NY 14240-2013 |
| HSBC Bank | | | Attn: Bankruptcy | Po Box 2013 | Buffolo NY 14240-2013 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A. | | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison TX 75001-9013 |
| Morris S. Bauer, Esq. | | Norris McLaughlin, P.A. | 400 Crossing Boulevard, 8th Floor | P.O. Box 5933 | Bridgewater NJ 08807-5933 |
| PNC BANK RETAIL LENDING | | | P O BOX 94982 | | CLEVELAND OH 44101-4982 |
| State of New Jersey | | Division of Taxation | Compliance Activity | PO Box 245 | Trenton NJ 08695-0245 |
| TD BANKNORTH NA | | | 70 GRAY ROAD | | FALMOUTH ME 04105-2299 |
| U.S. Trustee | | US Dept of Justice | Office of the US Trustee | One Newark Center Ste 2100 | Newark NJ 07102-5235 |
| Joseph M. Shapiro | | Middlebrooks Shapiro, P.C. | 841 Mountain Avenue | First Floor | Springfield NJ 07081-3437 |
| Melinda D. Middlebrooks | | Middlebrooks Shapiro, P.C. | 841 Mountain Ave | First Floor | Springfield NJ 07081-3437 |
| Varun Malik | | | 44 Denise Drive | | Edison NJ 08820-4602 |