|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption In Compliance With D.N.J. LBR 9004-1(b)* <br><br> **DUANE MORRIS LLP** <br> Morris S. Bauer, Esq. <br> One Riverfront Plaza <br> 1037 Raymond Boulevard, Suite 1800 <br> Newark, NJ 07102-5429 <br> Telephone: (973) 424-2037 <br> E-mail: msbauer@duanemorris.com <br><br> *Counsel for Fulton Bank, N.A.* |  |
| In Re: <br><br> **VARUN MALIK**, <br><br> Debtor. | Case No. 22-11708 CMG <br><br> Judge: Hon. Christine M. Gravelle <br><br> Chapter 11 |
| **VARUN MALIK**, <br><br> Plaintiff, <br><br> v. <br><br> **FULTON BANK, N.A.**, <br><br> Defendant. | Adv. Pro. No.: 22-01069 CMG <br><br> Judge: Hon. Christine M. Gravelle |

# CERTIFICATION OF SERVICE

1. I, _____Morris S. Bauer_____ :

   ☒ represent the _____Fulton Bank, N.A._____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>April 1, 2022</u>, I caused a true and correct copy of the following to be served on all counsel of record via the Court's ECF system:

    a. Fulton Bank's Reply to the Debtor's (a) Objection to Fulton Bank's Motion for Dismissal or, in the Alternative, for Stay Relief, and (b) Objection to Defendant's motion for Abstention

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>April 1, 2022</u>                          /s/ Morris S. Bauer
                                                                          MORRIS S. BAUER

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Margaret Mcgee, Esq. | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Melinda Middlebrooks, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07801 | Counsel for Debtor, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph M. Shapiro, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07081 | Counsel for Plaintiff, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Counsel for Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

DM3\8599046.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034 | Counsel for TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Steven Mitnick, Esq.<br>SM Law, PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | Assignee for the Benefit of Creditors of Textile Décor USA Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means authorized by the court through the issuance of an Order Shortening Time

DM3\8599046.1