Order Filed on March 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Varun Malik | Case No.: 22-11708-CMG<br>Chapter: 11<br>Hearing Date:<br>Judge: Gravelle |

## ORDER VACATING

### Order Respecting Amendment to Schedule(s) Petition

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 30, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Respecting Amendment to Schedule(s) Petition

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____3/29/22_____ , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022       Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Melinda D. Middlebrooks | on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Morris S. Bauer | on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 30, 2022 | Form ID: pdf903 | Total Noticed: 1

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10