---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Attorneys for Varun Malik
Chapter 11 Debtor and Debtor-In-Possession

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 22-11708-CMG
Chapter: 11
Adv. No.: 22-01069-CMG
Hearing Date: April 5, 2022
Judge: Christine M. Gravelle

# CERTIFICATION OF SERVICE

1. I, Joseph M. Shapiro, Esq. :

   ☒ represent _Chapter 11 Debtor_ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On Aprl 4, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Supplemental Certification in Response (Docket No. 57) to movant Fulton Bank's Motion to Dismiss and for related relief.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 5, 2022

/s/ Joseph M. Shapiro
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Margaret Mcgee, Esq. | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Counsel for Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morris S. Bauer, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd.<br>Ste 1800<br>Newark, NJ 07102 | Counsel for Creditor Fulton Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Creditor PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca K. McDowell<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100 | Counsel for Creditor TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Varun Malik<br>21 Maida Road<br>Edison, NJ 08820 | Chapter 11 Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*