| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbaurer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | **Order Filed on April 7, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**VARUN MALIK**,<br><br>　　　　Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

**ORDER DENYING FULTON BANK'S REQUEST**
**FOR DISMISSAL OF CHAPTER 11 CASE**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 7, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Order Denying Fulton Bank's Request for Dismissal of Chapter 11 Case

This matter having been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in each of the above captioned chapter 11 case of Varun Malik (the "Debtor") and the above captioned adversary proceeding (the "Adversary Proceeding"), on the Motion of Fulton Bank, N.A., for the Entry of an Order (A) Dismissing the Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b); or in the Alternative, (B) for (1) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Allow State Court Action to Proceed, (2) Dismissal of Adversary Proceeding, and (3) Abstention Pursuant to 28 U.S.C. § 1334; and (C) and Other Related Relief (the "Motion"[1]); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition thereto filed by the Debtor, through his counsel Middlebrooks Shapiro, P.C., and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. Fulton Bank's request in the Motion that the above-captioned Bankruptcy Case be dismissed pursuant to 11 U.S.C. § 1112(b) be and hereby is DENIED.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Memorandum of Law filed simultaneously with the Motion.