**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption In Compliance With D.N.J. LBR 9004-1(b)*

**DUANE MORRIS LLP**
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: (973) 424-2037
E-mail: msbauer@duanemorris.com

*Counsel for Fulton Bank, N.A.*

Order Filed on April 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. 22-11708 CMG |
|---|---|
| **VARUN MALIK**, | Judge: Hon. Christine M. Gravelle |
| Debtor. | Chapter 11 |

**ORDER GRANTING FULTON BANK RELIEF FROM THE AUTOMATIC STAY 11 U.S.C. § 362(d)(1) TO ALLOW STATE COURT ACTION TO PROCEED**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 3
Debtor:    Varun Malik
Case No.:    Case No. 22-11708 CMG
Caption: Order Granting Fulton Bank Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Allow State Court Action to Proceed

This matter having been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in each of the above captioned chapter 11 case of Varun Malik (the "Debtor") and the above captioned adversary proceeding (the "Adversary Proceeding"), on the Motion of Fulton Bank, N.A., for the Entry of an Order (A) Dismissing the Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b); or in the Alternative, (B) for (1) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Allow State Court Action to Proceed, (2) Dismissal of Adversary Proceeding, and (3) Abstention Pursuant to 28 U.S.C. § 1334; and (C) and Other Related Relief (the "Motion"[1]); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition thereto filed by the Debtor, through his counsel Middlebrooks Shapiro, P.C., and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1.    Fulton Bank shall immediately be granted relief from the automatic stay to proceed with the State Court Action against the Debtor and pursue any and all other claims against the Debtor to the fullest extent without limitation, including any appeals relating to the State Court Action.

2.    The automatic stay does not apply to Textile Décor, and accordingly, the Chapter 11 Case does not preclude Fulton Bank from proceeding with the State Court Action against Textile Decor.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Memorandum of Law filed simultaneously with the Motion.