| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbaurer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | **Order Filed on April 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**VARUN MALIK**,<br><br>       Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

**ORDER GRANTING FULTON BANK RELIEF FROM THE AUTOMATIC STAY 11 U.S.C. § 362(d)(1) TO ALLOW STATE COURT ACTION TO PROCEED**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 3
Debtor:       Varun Malik
Case No.:    Case No. 22-11708 CMG
Caption: Order Granting Fulton Bank Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Allow State Court Action to Proceed

This matter having been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in each of the above captioned chapter 11 case of Varun Malik (the "Debtor") and the above captioned adversary proceeding (the "Adversary Proceeding"), on the Motion of Fulton Bank, N.A., for the Entry of an Order (A) Dismissing the Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b); or in the Alternative, (B) for (1) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Allow State Court Action to Proceed, (2) Dismissal of Adversary Proceeding, and (3) Abstention Pursuant to 28 U.S.C. § 1334; and (C) and Other Related Relief (the "Motion"[1]); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition thereto filed by the Debtor, through his counsel Middlebrooks Shapiro, P.C., and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1.     Fulton Bank shall immediately be granted relief from the automatic stay to proceed with the State Court Action against the Debtor and pursue any and all other claims against the Debtor to the fullest extent without limitation, including any appeals relating to the State Court Action.

2.     The automatic stay does not apply to Textile Décor, and accordingly, the Chapter 11 Case does not preclude Fulton Bank from proceeding with the State Court Action against Textile Decor.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Memorandum of Law filed simultaneously with the Motion.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-11708-CMG
Varun Malik  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 08, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Melinda D. Middlebrooks | on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2022 | Form ID: pdf903 | Total Noticed: 1

Morris S. Bauer
    on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11