**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption In Compliance With D.N.J. LBR 9004-1(b)*

**DUANE MORRIS LLP**
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: (973) 424-2037
E-mail: msbauer@duanemorris.com

*Counsel for Fulton Bank, N.A.*

| In Re: | Case No. 22-11708 CMG |
|---|---|
| **VARUN MALIK**, | Judge: Hon. Christine M. Gravelle |
| Debtor. | Chapter 11 |

## CERTIFICATION OF SERVICE

1. I,    Morris S. Bauer    :

   ☒ represent the    Fulton Bank, N.A.    in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>April 12, 2022</u>[1], I caused a true and correct copy of the following to be served on all counsel of record via the Court's ECF system, email and overnight mail via federal express:

   a. Notice of Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (the "<u>Hearing Notice</u>");

---

[1] The Hearing Notice, Motion, Certification, and Application were served via the Court's ECF system on April 11, 2022. The Proposed Order was not served via the Court's ECF system.

    b. Memorandum of Law in Support of Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (the "Motion");

    c. Certification of Morris S. Bauer, Esq. in Support of Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (the "Certification");

    d. Proposed Order Granting Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (the "Proposed Order");

    e. Application for Order Shortening Time for Notice of Hearing Pursuant to Fed. R. Bankr. P. 9006(c)(1) re: Notice of Motion to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (the "Application"); and

    f. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice (the "Order Shortening Time").

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated, and that notice of the same was additionally provided telephonically to secured creditors in compliance with the Court's Order Shortening Time.

Dated: April 12, 2022             /s/ Morris S. Bauer  
                                                      MORRIS S. BAUER

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Margaret Mcgee, Esq.<br>maggie.mcgee@usdoj.gov | Office of the United States Trustee | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Melinda Middlebrooks, Esq.<br>Joseph M. Shapiro, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07801<br>middlebrooks@middlebrooksshapiro.com<br>shapiro@middlebrooksshapiro.com | Counsel for Debtor, Varun Malik | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Brian W. Hofmeister, Esquire<br>The Law Firm of<br>Brian W. Hofmeister LLC<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>(609) 890-1500<br>bwh@hofmeisterfirm.com | Subchapter V Trustee | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br>dnj@pbslaw.org | Counsel for Creditor HSBC Bank USA, N.A. | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>Telephone</u><br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Counsel for PNC Bank, N.A. | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>Telephone</u><br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034<br>rmcdowell@slgcollect.com | Counsel for TD Bank, N.A. | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

DM3\8635765.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste. 740<br>Santa Ana, CA 92701<br>garrett.lenox@sba.gov | Secured creditor*<br><br><br>*Claim No. 7 may be filed in error. | ☒ Hand-delivered via Federal Express<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Telephone<br>(as authorized by the court *) |

\* May account for service by fax or other means authorized by the court through the issuance of an Order Shortening Time

5