UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Attorneys for the Chapter 11 Debtor
and Debtor-in-Possession, Varun Malik

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

| | |
|---|---|
| Case No.: | 22-11708-CMG |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | May 10, 2022 |
| Judge: | Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, _____Joseph M. Shapiro, Esq._____ :

   ☒ represent _____Varun Malik_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____April 18, 2022_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Notice of Motion, Application, Certification, and Proposed Order in support of the Chapter 11
   Debtor's Motion to Quash Fed. R. Bankr. P. 2004 Subpoenas Issued by Fulton Bank, N.A. to
   Glenwood Office Furniture II and Habib American Bank Pursuant to D.N.J. LBR 2004-1(d)
   and 11 U.S.C. § 105(a) and for Related Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____April 19, 2022_____          /s/ Joseph M. Shapiro _____
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eamonn O'Hagan<br>U.S. Attorney's Office, District of New Jersey<br>970 Broad Street<br>Newark, New Jersey 07102<br><br>Margaret Mcgee<br>One Newark Center<br>1085 Raymond Blvd., Ste 21st Floor<br>Newark, NJ 07102 | Counsel to the SBA<br><br><br>US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morris S. Bauer<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste 1800<br>Newark, NJ 07102 | Counsel to Fulton Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert P. Saltzman<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br><br>Rebecca K. McDowell<br>Saldutti Law Group<br>1040 N. Kings Highway, Suite 100<br>Cherry Hill, NJ 08034 | Counsel to HSBC<br><br><br>Counsel to TD Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Glenwood Office Furniture II<br>561 Route 22 West<br>Hillside, New Jersey 07205<br><br>Habib American Bank<br>1585 Oak Tree Road<br>Iselin, New Jersey 08830 | Third-Party<br><br><br>Third-Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel to PNC Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |