UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Attorneys for the Chapter 11 Debtor
and Debtor-in-Possession, Varun Malik

In Re:

VARUN MALIK,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 22-11708-CMG
Chapter: 11
Adv. No.:
Hearing Date: April 19, 2022
Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Joseph M. Shapiro, Esq. :

   ☒ represent Varun Malik in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On April 18, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Objection (Docket No. 70) to Motion of Fulton Bank N.A. to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (Docket No. 65).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 19, 2022

/s/ Joseph M. Shapiro
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Margaret Mcgee<br>One Newark Center<br>1085 Raymond Blvd., Ste 21st Floor<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morris S. Bauer<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste 1800<br>Newark, NJ 07102 | Counsel to Fulton Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert P. Saltzman<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br><br>Rebecca K. McDowell<br>Saldutti Law Group<br>1040 N. Kings Highway, Suite 100<br>Cherry Hill, NJ 08034 | Counsel to HSBC<br><br>Counsel to TD Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel to PNC Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |