| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for HSBC Bank USA, N.A.<br>JILL A. MANZO, ESQ.<br>DH120<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>VARUN MALIK<br><br> Debtor(s). | Case No.:   22-11708 CMG<br><br>Chapter:    11<br><br>Judge:  Honorable Christine M. Gravelle |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>HSBC Bank USA, N.A.</u>. This party is a party in interest in this case pursuant to a mortgage dated May 4, 2007 and recorded in the Office of the MIDDLESEX County Clerk/Register on June 7, 2007 in Mortgage Book 12403, Page 785, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:       FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              7 Century Drive - Suite 201
                              Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                          **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                        Attorneys for HSBC Bank USA, N.A.

Dated: <u>April 27, 2022</u>        By:<u> /S/ JILL A. MANZO  </u>
                                          JILL A. MANZO, ESQ.

Case No.:   22-11708 CMG