**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption In Compliance With D.N.J. LBR 9004-1(b)

**DUANE MORRIS LLP**
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: (973) 424-2037
E-mail: msbaurer@duanemorris.com

*Counsel for Fulton Bank, N.A.*

**Order Filed on April 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

In Re:

**VARUN MALIK**,

  Debtor.

Case No. 22-11708 CMG

Judge: Hon. Christine M. Gravelle

Chapter 11

---

**ORDER GRANTING MOTION OF FULTON BANK, N.A., TO STRIKE THE DEBTOR'S ELECTION TO PROCEED AS A SUBCHAPTER V SMALL BUSINESS DEBTOR AND OTHER RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

ORDERED.

**DATED: April 27, 2022**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 3

Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Order Granting Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor and Other Related Relief

This matter having been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "Bankruptcy Case") of Varun Malik (the "Debtor"), on the Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor (the "Motion"); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and any opposition thereto, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is GRANTED to the extent set forth below.

2. The Debtor's election to proceed as a small business debtor under 11 U.S.C. § 101(51D), and as a debtor under Subchapter V of Chapter 11 under 11 U.S.C. § 1181(1) ("Subchapter V"), be and hereby is stricken, and the Bankruptcy Case shall proceed henceforth as one under chapter 11 of title 11 of the U.S. Code, but not under Subchapter V.

3. The Subchapter V trustee previously appointed by the United States Trustee in this Bankruptcy Case is terminated effective as of the date this Order is signed and entered by the Court.

4. On or before 21 days following the entry of this Order, the Subchapter V trustee shall file a Final Fee Application.

5. The Chapter 11 Small Business Subchapter V Plan filed by the Debtor on March 29, 2022 (Doc. No. 35) is withdrawn and the Order Setting Deadlines and Scheduling Confirmation Hearing related thereto (Doc. No. 40) be and hereby is vacated.

Page 3 of 3
Debtor:       Varun Malik
Case No.:     Case No. 22-11708 CMG
Caption: Order Granting Motion of Fulton Bank, N.A., to Strike the Debtor's Election to Proceed as a Subchapter V Small Business Debtor and Other Related Relief

      6.      The Order to Show Cause entered by the Court on March 30, 2022 in connection with the Debtor's Subchapter V election (Doc. No. 38) shall be and hereby is vacated.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Melinda D. Middlebrooks | on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11