| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>**VARUN MALIK**,<br><br>        Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11<br><br>Related to Dkt. Nos. 89, 90, 91 |

## CERTIFICATION OF SERVICE

1. I, _____Morris S. Bauer_____:

   ☒ represent the _____Fulton Bank, N.A._____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>May 3, 2022</u>_____, I caused a true and correct copy of the following to be served on all counsel of record via the Court's ECF system:

   a. Notice of Motion of Fulton Bank, N.A. to Extend Time to (a) Object to the Debtor's Discharge and (b) Challenge the Dischargeability of Certain Debts;

    b. Memorandum of Law in Support of Motion of Fulton Bank, N.A. to Extend Time to (a) Object to the Debtor's Discharge and (b) Challenge the Dischargeability of Certain Debts;

    c. Certification of Morris S. Bauer, Esq. in Support of Motion of Fulton Bank, N.A. to Extend Time to (a) Object to the Debtor's Discharge and (b) Challenge the Dischargeability of Certain Debts;

    d. Proposed Order Granting Motion of Fulton Bank, N.A. to Extend Time to (a) Object to the Debtor's Discharge and (b) Challenge the Dischargeability of Certain Debts;

    e. Memorandum of Law in Support of Objection of Fulton Bank, N.A. to Application in Support of the Debtor's Motion for Order Quashing Fed. R. Bankr. P. 2004 Subpoenas Issued by Fulton Bank, N.A., to Habib American Bank and Glenwood Office Furniture; and

    f. Memorandum of Law in Support of Objection of Fulton Bank, N.A. to Motion for Order Modifying Fed. R. Bankr. P. 2004 Subpoena Issued by Fulton Bank, N.A., Directed to Varun Malik Pursuant to D.N.J. LBR 2004-1.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 3, 2022                /s/ Morris S. Bauer  
                                                     MORRIS S. BAUER

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Margaret McGee, Esq.<br>maggie.mcgee@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Melinda Middlebrooks, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07801<br>middlebrooks@middlebrooksshapiro.com | Counsel for Debtor, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph M. Shapiro, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07081<br>jshapiro@middlebrooksshapiro.com | Counsel for Plaintiff, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br>dnj@pbslaw.org | Counsel for Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Counsel for PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034<br>rmcdowell@slgcollect.com | Counsel for TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian W. Hofmeister, Esquire<br>The Law Firm of<br>Brian W. Hofmeister LLC<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>(609) 890-1500<br>bwh@hofmeisterfirm.com | Former Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jill Manzo, Esq.<br>Fein, Such, Kahn, & Shepard<br>7 Century Drive<br>Parsippany, NJ 07054<br>973-538-4700<br>bankruptcy@fskslaw.com | Counsel to Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means authorized by the court through the issuance of an Order Shortening Time

DM3\8684695.1