UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
Chapter 11 SubChapter V Trustee

**Order Filed on May 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

VARUN MALIK

Case No.: 22-11708

Subchapter V, Chapter 11

Judge: Christine M. Gravelle

### ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
### BRIAN W. HOFMEISTER, CHAPTER 11 SUBCHAPTER V TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: May 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: Varun Malik
Case No.: 22-11708-CMG
Caption of Order: Order Granting First and Final Allowances to Brian W. Hofmeister, Chapter 11 SubChapter V Trustee

---

**AND NOW**, the Court finds the party named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Brian W. Hofmeister, Chapter 11 SubChapter V Trustee | $2,730.00 | $84.40 |