| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey   07081<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Joseph M. Shapiro, Esq.<br>*jshapiro@middlebrooksshapiro.com*<br>Counsel to Chapter 11 Debtor and Debtor-in-Possession, Varun Malik | |
| In re:<br><br>**VARUN MALIK**,<br><br>　　　Chapter 11 Debtor<br>　　　and Debtor-in-Possession | Case No.: 22-11708-CMG<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11 |

Order Filed on May 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**STIPULATION AND ORDER EXTENDING TIME FOR
U.S. SMALL BUSINESS ADMINSTRATION TO CHALLENGE WHETHER
CERTAIN DEBTS ARE DISCHARGEABLE**

　　　The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: May 27, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtor: Varun Malik
Case No.: 22-11708-CMG
Caption: Stipulation and Order Extending Time for U.S. Small Business Administration to Challenge Whether Certain Debts are Dischargeable

(Page 2)

**IT IS HEREBY ORDERED**

(1) The time for the U.S. Small Business Administration to challenge whether certain debts are dischargeable in the above-captioned case under Section 523 of the Bankruptcy Code is hereby extended for ninety (90) days from May 31, 2022 to August 29, 2022.

Dated: May 25, 2022

| U.S. ATTORNEY'S OFFICE<br>DISTRICT OF NEW JERSEY | MIDDLEBROOKS SHAPIRO, P.C. |
|---|---|
| By: /s/ Eamonn O'Hagan<br>Eamonn O'Hagan, Esq.<br>970 Broad Street<br>Newark, New Jersey 07102<br>Tel: (973) 645-2874 | By: /s/ Joseph M. Shapiro<br>Joseph M. Shapiro, Esq.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>Tel: (973) 382-3300 |
| *Counsel for U.S. Small Business Administration* | *Counsel for Varun Malik* |