| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey   07081<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Joseph M. Shapiro, Esq.<br>*jshapiro@middlebrooksshapiro.com*<br>Counsel to Chapter 11 Debtor and Debtor-in-Possession, Varun Malik | **Order Filed on May 27, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**VARUN MALIK**,<br><br>  Chapter 11 Debtor<br>  and Debtor-in-Possession | Case No.: 22-11708-CMG<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11 |

**STIPULATION AND ORDER EXTENDING TIME FOR
U.S. SMALL BUSINESS ADMINSTRATION TO CHALLENGE WHETHER
CERTAIN DEBTS ARE DISCHARGEABLE**

The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: May 27, 2022**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:      Varun Malik
Case No.:    22-11708-CMG
Caption:     Stipulation and Order Extending Time for U.S. Small Business Administration to Challenge Whether Certain Debts are Dischargeable

(Page 2)

**IT IS HEREBY ORDERED**

(1)    The time for the U.S. Small Business Administration to challenge whether certain debts are dischargeable in the above-captioned case under Section 523 of the Bankruptcy Code is hereby extended for ninety (90) days from May 31, 2022 to August 29, 2022.

Dated: May 25, 2022

| U.S. ATTORNEY'S OFFICE<br>DISTRICT OF NEW JERSEY | MIDDLEBROOKS SHAPIRO, P.C. |
|---|---|
| By: /s/ Eamonn O'Hagan<br>Eamonn O'Hagan, Esq.<br>970 Broad Street<br>Newark, New Jersey 07102<br>Tel: (973) 645-2874 | By: /s/ Joseph M. Shapiro<br>Joseph M. Shapiro, Esq.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>Tel: (973) 382-3300 |
| *Counsel for U.S. Small Business Administration* | *Counsel for Varun Malik* |

United States Bankruptcy Court

District of New Jersey

In re:  
Varun Malik  
    Debtor

Case No. 22-11708-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 27, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: May 27, 2022     Form ID: pdf903     Total Noticed: 1

Melinda D. Middlebrooks
    on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12