| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption In Compliance With D.N.J. LBR 9004-1(b)<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail:  msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | Order Filed on May 27, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VARUN MALIK**,<br><br>            Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

**ORDER ON DEBTOR'S MOTION TO MODIFY FED. R.  BANKR. P. 2004 SUBPOENA ISSUED BY FULTON BANK, N.A. DIRECTED TO VARUN MALIK PURSUANT TO D.N.J. LBR 2004-1(d) AND 11 U.S.C. § 105(a); ENTERING PROTECTIVE ORDER IN LIGHT OF THE PENDING PROCEEDINGS; AND OTHER RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

**DATED: May 27, 2022**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Order On Debtor's Motion To Modify Fed. R. Bankr. P. 2004 Subpoena Issued By Fulton Bank, N.A. Directed To Varun Malik Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a); Entering Protective Order In Light Of The Pending Proceedings; And Other Related Relief

This matter having been opened to the Court by Varun Malik (the "<u>Debtor</u>"), by and through his counsel, Middlebrooks Shapiro, P.C., in the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>"), on the Debtor's Motion for Order Modifying Fed. R. Bankr. P. 2004 Subpoena Issued By Fulton Bank, N.A. Directed To Varun Malik Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a); Entering Protective Order In Light Of The Pending Proceedings; And Other Related Relief (the "<u>Motion</u>"); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition filed by Fulton Bank, N.A. (the "<u>Fulton Bank</u>"), by and through its counsel, Duane Morris LLP, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is GRANTED to the extent set forth below.

2. The Debtor shall produce to Fulton Bank's counsel all documents set forth on Exhibit A attached hereto (the "Documents") two (2) weeks from the entry date of the within Order.

3. The Debtor shall appear for a 2004 examination at the Newark office of Duane Morris LLP on a mutually acceptable date, but no later than four (4) weeks from the entry date of the within Order (the "Examination").

4. The Debtor shall appear in-person at the Newark office of Duane Morris LLP for at least four (4) hours of the first day of the Examination and, if requested, may appear for the

Page 3 of 3
Debtor:       Varun Malik
Case No.:     Case No. 22-11708 CMG
Caption: Order On Debtor's Motion To Modify Fed. R. Bankr. P. 2004 Subpoena Issued By Fulton Bank, N.A. Directed To Varun Malik Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a); Entering Protective Order In Light Of The Pending Proceedings; And Other Related Relief

second four (4) hours of the first day remotely via Zoom and/or other audio-video conferencing methods.

5.    In the event that the Examination is to continue for more than one (1) eight (8) hour day, whether by agreement of the Debtor and Fulton Bank or as directed by the Court, then such continuation will be conducted remotely via Zoom and/or other audio-video conferencing methods.

6.    The Debtor's counsel and other parties in interest are not required to appear at the Examination in-person and may appear remotely via Zoom and/or other audio-video conferencing methods.

7.    Any discovery produced in connection with the Examination, including but not limited to the Documents, shall not be used by Fulton Bank or any third party in any case or action except for the instant Bankruptcy Case without further Order from this Court.

# EXHIBIT A

## **RIDER**

1. Tax Returns for years: 2018, 2019, 2020 and 2021;

2. Bank Statements for years 2018, 2019, 2020, 2021 and 2022, including your bank accounts, if any, with Citibank, Habib American Bank, Amboy Bank;

3. Copies of documents relating to the sale, transfer, purchase or acquisition of your ownership or any other type of interest you may have in any real estate, stock or other type of ownership interest, including with respect to HLM Koncept LLC, 44 Denise Drive, Edison, NJ, 1 Skytop Road, Edison, NJ, 21 Maida Road, Edison, NJ, RDM Concepts Holdings, Inc., 21 Model Town, Panipat, India, Malik Fabrics Private Limited;

4. Copies of any personal financial statements provided to any persons during the years 2018, 2019, 2020, 2021 and 2022; and,

5. Copies of any loan applications loan documents or guarantees in which you were a party to during the years 2019, 2020 and 2021, including U.S. Small Business Administration, TD Bank and HSBC.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Melinda D. Middlebrooks
    on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12