| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption In Compliance With D.N.J. LBR 9004-1(b) <br><br> **DUANE MORRIS LLP** <br> Morris S. Bauer, Esq. <br> One Riverfront Plaza <br> 1037 Raymond Boulevard, Suite 1800 <br> Newark, NJ 07102-5429 <br> Telephone: (973) 424-2037 <br> E-mail: msbauer@duanemorris.com <br><br> *Counsel for Fulton Bank, N.A.* | Order Filed on May 27, 2022 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> **VARUN MALIK**, <br><br> Debtor. | Case No. 22-11708 CMG <br><br> Judge: Hon. Christine M. Gravelle <br><br> Chapter 11 |

**ORDER ON DEBTOR'S MOTION FOR ORDER QUASHING FED. R. BANKR. P. 2004 SUBPOENAS ISSUED BY FULTON BANK, N.A., TO HABIB AMERICAN BANK AND GLENWOOD OFFICE FURNITURE II PURSUANT TO D.N.J. LBR 2004-1(d) AND 11 U.S.C. § 105(a) AND FOR RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

**DATED: May 27, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Order On Debtor's Motion For Order Quashing Fed. R. Bankr. P. 2004 Subpoenas Issued By Fulton Bank, N.A., To Habib American Bank And Glenwood Office Furniture II Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a) And For Related Relief

This matter having been opened to the Court by Varun Malik (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., in the above-captioned bankruptcy case (the "Bankruptcy Case"), on the Debtor's Motion For Order Quashing Fed. R. Bankr. P. 2004 Subpoenas Issued By Fulton Bank, N.A., To Habib American Bank And Glenwood Office Furniture II Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a) And For Related Relief (the "Motion"); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition filed by Fulton Bank, N.A. (the "Fulton Bank"), by and through its counsel, Duane Morris LLP, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is GRANTED, in part, and DENIED, in part, as set forth herein.

2. Glenwood Office Furniture II ("Glenwood") shall produce to Fulton Bank's counsel all documents set forth on Exhibit A attached hereto (the "Glenwood Documents") two (2) weeks from the entry date of the within Order.

3. A representative of Glenwood shall appear for an in-person 2004 examination at the Newark office of Duane Morris LLP on a mutually acceptable date, but no later than four (4) weeks from the entry date of the within Order (the "Glenwood Examination").

4. Habib American Bank ("Habib") shall produce to Fulton Bank's counsel all documents set forth on Exhibit B attached hereto (the "Habib Documents") two (2) weeks from the entry date of the within Order.

Page 3 of 3
Debtor:       Varun Malik
Case No.:     Case No. 22-11708 CMG
Caption: Order On Debtor's Motion For Order Quashing Fed. R. Bankr. P. 2004 Subpoenas Issued By Fulton Bank, N.A., To Habib American Bank And Glenwood Office Furniture II Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a) And For Related Relief

5. A representative of Habib shall appear for an in-person 2004 examination at the Newark office of Duane Morris LLP on a mutually acceptable date, but no later than four (4) weeks from the entry date of the within Order (the "Habib Examination").

6. The Debtor, the Debtor's counsel, and other parties in interest may appear at the Glenwood Examination and the Habib Examination remotely via Zoom and/or other audio-video conferencing methods.

7. Any discovery produced in connection with the foregoing Glenwood and Habib Examinations, including but not limited to the Glenwood and Habib Documents, shall not be used by Fulton Bank or any third party in any case or action except for the instant Bankruptcy Case without further Order from this Court.

# EXHIBIT A

## **RIDER**

1. Copies of all emails, text messages and correspondence between Glenwood Office and/or Ravi Uppal and Varun Malik and/or Textile Décor USA, Inc. during the period of January 1, 2020 and the present;

2. Copies of all emails, text messages and correspondence between Glenwood Office and/or Ravi Uppal and Nagesh Malik and/or HN International Group, Inc. during the period of January 1, 2020 and the present;

3. Copies of any all documents, including evidence of payments, W-4 or other documents between Glenwood Office and Varun Malik; and,

4. Copies of any and all documents relating to payments made to Glenwood Office by Nagesh Malik, Harbans Malik, HN International Group, Inc.

DM3\8604737.1

# EXHIBIT B

## RIDER

1. Copies of all bank statements from March 1, 2017 through the present for any and all accounts held by Varun Malik, Textile Décor USA Inc. or in which Varun Malik is an authorized signatory at Habib American Bank; and,

2. Copies of all checks, wires, payments or transfers (i) drawn on all Varun Malik or Textile Décor USA Inc. accounts or any accounts in which Varun Malik is an authorized signatory and (ii) deposited into those accounts from March 1, 2017 through the present.

DM3\8604766.1

United States Bankruptcy Court

District of New Jersey

In re:  
Varun Malik  
    Debtor

Case No. 22-11708-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 27, 2022 Form ID: pdf903 Total Noticed: 1

Melinda D. Middlebrooks
    on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12