UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

In re:     |    Case No. 22-11708

VARUN MALIK,     |

      Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Brian W. Hofmeister, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted to a small business Chapter 11 with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 339(a) [or 28 U.S.C. 586(e)(5), as applicable], on May 17, 2022, the Court ordered compensation of $2,814.40 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.


Dated: June 2, 2022       By:    */s/Brian W. Hofmeister*

                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.