# Middlebrooks Shapiro, P.C.
### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

| | |
|---|---|
| **Melinda D. Middlebrooks, Esq.*** | **Of Counsel** |
| **Joseph M. Shapiro, Esq.°** | **Myron S. Lehman, Esq. (1928-2007)** |
| **Richard P. Shapiro, Esq. (1942-2002)** | |
| ~ | *Also admitted in Tennessee |
| **Jessica M. Minneci, Esq.** | °Also admitted in New York |
| **Angela Nascondiglio Stein, Esq.°** | |

June 14, 2022

All Creditors and Parties-in-Interest:

    Re:  Varun Malik,
         <u>Case No. 22-11708(CMG)</u>

Dear Madam or Sir:

    The Status Conference originally scheduled in the above-captioned matter for June 21, 2022 has been adjourned to **<u>July 5, 2022 at 2:00 p.m.</u>**

                            Sincerely,

                            /s/ Melinda Middlebrooks

                            Melinda D. Middlebrooks, Esq.

MDM:jmm