| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>**VARUN MALIK**,<br><br>　　　　Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

**NOTICE OF MOTION OF FULTON BANK, N.A.,**
**TO CONVERT DEBTOR'S CASE FROM CHAPTER 11**
**TO CHAPTER 7 PROCEEDING**

**PLEASE TAKE NOTICE** that on **July 26, 2022, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Fulton Bank, N.A. (the "Movant") shall move before the Honorable Christine M. Gravelle, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #3, Trenton, New Jersey 08608, for the conversion of the above-captioned bankruptcy case from a proceeding under chapter 11 to a proceeding under chapter 7 of title 11 of the U.S. Code (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Movant shall rely upon the Verified Motion and proposed Order filed simultaneously herewith in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2(a), opposition to the relief requested or cross-motions, if any should be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest and Duane Morris LLP, Attn: Morris S.

Bauer, Esq., One Riverfront Plaza, 1037 Raymond Blvd., Ste. 1800, Newark New Jersey 07102 at least seven (7) days before the hearing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(a), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit

        Respectfully Submitted,

        **DUANE MORRIS LLP**
        Attorneys for Fulton Bank, N.A.

        By: */s/ Morris S. Bauer*
        Morris S. Bauer, Esq.

Dated: July 5, 2022