| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption In Compliance With D.N.J. LBR 9004-1(b)<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail:  msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | **Order Filed on July 6, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**VARUN MALIK**,<br><br>Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

## ORDER GRANTING AS SET FORTH HEREIN THE MOTION OF FULTON BANK, N.A., TO EXTEND TIME TO (A) OBJECT TO THE DEBTOR'S DISCHARGE AND (B) CHALLENGE THE DISCHARGEABILITY OF CERTAIN DEBTS

The relief set forth on the following pages, numbered two (2) and three (3) is hereby ORDERED.

**DATED: July 6, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 2
Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Order Granting As Set Forth Herein the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts

This matter having been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "Bankruptcy Case") of Varun Malik (the "Debtor"), on the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts (the "Motion"); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and any opposition thereto, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is GRANTED to the extent set forth below.

2. Pursuant to Rule 4007(b), the deadline for Fulton Bank to file a complaint to determine the dischargeability of its claim pursuant to § 523(c) be and hereby is extended to **July 31, 2022**, without further extension.