Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−11708−CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Varun Malik
   21 Maida Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−2287

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Morris S. Bauer on behalf of FULTON BANK, N.A...

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Christine M. Gravelle on:

Date:         July 26, 2022
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: July 6, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-11708-CMG

Varun Malik                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                                        Page 1 of 3

Date Rcvd: Jul 06, 2022                  Form ID: 169                                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |
| acc | + | David Armstrong, CPA, Kotulak & Company, PC, 1035 U.S. 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| cr | ++++ | FULTON BANK, N.A., DUANE MORRIS LLP, ONE RIVERFRONT PLAZA, 1 RIVERFRONT PLZ STE 1800, NEWARK NJ 07102-5437 address filed with court:., FULTON BANK, N.A., DUANE MORRIS LLP, One Riverfront Plaza, 1037 Raymond Blvd., Suite 1800, Newark, NJ 07102 |
| cr | | HSBC BANK USA, N.A., c/o HSBC Bank USA, N.A., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| cr | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519562181 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519541415 | + | Central Jersey Cardiology, PC, P.O. Box 32, Wickatunk, NJ 07765-0032 |
| 519521888 | | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541986 | + | Gautham Gorla and, Greeshma Rajakumara, 44 Denise Drive, Edison, NJ 08820-4602 |
| 519576529 | | HSBC Bank USA, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 519521893 | | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541426 | + | Pluese, Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519541428 | + | Riker Danzig Scherer Hyland & Perretti L, 1 Speedwell Avenue, Headquarters Plaza, Morristown, NJ 07960-6838 |
| 519521895 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541430 | + | State of New Jersey, Department of Labor and Workforce Devel, P.O. Box 389, Trenton, NJ 08646-0001 |
| 519543233 | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519545749 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519541432 | + | Textile Decor USA, Inc., c/o Steven Mitnick, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 519541433 | + | The Leviton Law Firm, One Pierce Place, Suite 725, Itasca, IL 60143-1234 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 06 2022 20:43:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519521884 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 06 2022 20:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519521886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 20:57:45 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519540781 | + | Email/Text: mrdiscen@discover.com | Jul 06 2022 20:43:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519521887 | + | Email/Text: mrdiscen@discover.com | Jul 06 2022 20:43:00 | Discover Financial, Attn: Bankruptcy, Po Box |

District/off: 0312-3                                    User: admin                                                  Page 2 of 3
Date Rcvd: Jul 06, 2022                           Form ID: 169                                          Total Noticed: 38

|  |  |  | 3025, New Albany, OH 43054-3025 |
|---|---|---|---|
| 519521889 | + Email/Text: bankruptcy@fult.com | Jul 06 2022 20:44:00 | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519560196 | + Email/Text: bankruptcy@fult.com | Jul 06 2022 20:44:00 | Fulton Bank, N.A., Attn: Loan Operations, 1695 State Street, East Petersburg, PA 17520-1328 |
| 519521890 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 06 2022 20:43:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519521891 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 06 2022 20:43:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519541424 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 06 2022 20:43:00 | JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, TX 75001-9013 |
| 519521885 | Email/PDF: ais.chase.ebn@in@aisinfo.com | Jul 06 2022 20:47:04 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519538151 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 06 2022 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519580955 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2022 20:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519521894 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2022 20:43:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519521896 | Email/Text: bankruptcy@td.com | Jul 06 2022 20:44:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519541434 | + Email/Text: birminghamtops@sba.gov | Jul 06 2022 20:44:00 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 519552467 | + Email/Text: ndlrc.legal@sba.gov | Jul 06 2022 20:43:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541414 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519541417 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519541419 | * | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541418 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519541420 | *+ | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519541421 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519541422 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519521892 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541423 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541416 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519541425 | * | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541427 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541429 | * | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541431 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Jul 06, 2022                                Form ID: 169                                 Total Noticed: 38

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2022                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Brian W. Hofmeister | bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Melinda D. Middlebrooks | on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Morris S. Bauer | on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13