| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption In Compliance With D.N.J. LBR 9004-1(b)<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail:  msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | Order Filed on July 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VARUN MALIK**,<br><br>      Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

**ORDER GRANTING AS SET FORTH HEREIN THE MOTION OF**
**FULTON BANK, N.A., TO EXTEND TIME TO (A) OBJECT TO THE**
**DEBTOR'S DISCHARGE AND (B) CHALLENGE THE**
**DISCHARGEABILITY OF CERTAIN DEBTS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby ORDERED.

**DATED: July 6, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:	Varun Malik
Case No.:	Case No. 22-11708 CMG
Caption: Order Granting As Set Forth Herein the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts

This matter having been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "Bankruptcy Case") of Varun Malik (the "Debtor"), on the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts (the "Motion"); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and any opposition thereto, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is GRANTED to the extent set forth below.

2. Pursuant to Rule 4007(b), the deadline for Fulton Bank to file a complaint to determine the dischargeability of its claim pursuant to § 523(c) be and hereby is extended to **July 31, 2022**, without further extension.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-11708-CMG
Varun Malik     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jul 06, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jul 06, 2022 Form ID: pdf903 Total Noticed: 1

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Melinda D. Middlebrooks
    on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13