| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption In Compliance With D.N.J. LBR 9004-1(b) <br><br> **DUANE MORRIS LLP** <br> Morris S. Bauer, Esq. <br> One Riverfront Plaza <br> 1037 Raymond Boulevard, Suite 1800 <br> Newark, NJ 07102-5429 <br> Telephone: (973) 424-2037 <br> E-mail:  msbauer@duanemorris.com <br><br> *Counsel for Fulton Bank, N.A.* | Order Filed on July 28, 2022 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> **VARUN MALIK**, <br><br> Debtor. | Case No. 22-11708 CMG <br><br> Judge: Hon. Christine M. Gravelle <br><br> Chapter 11 |

**ORDER FURTHER EXTENDING TIME FOR FULTON BANK TO CHALLENGE THE DISCHARGEABILITY OF CERTAIN DEBTS**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: July 28, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts

This matter having previously been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "Bankruptcy Case") of Varun Malik (the "Debtor"), on the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts [Dkt. No. 89] (the "Motion"); and the Court having entered a bench order at the hearing conduced on May 24, 2022 and memorialized by Order Granting As Set Forth Herein the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts entered on July 6, 2022 [Dkt. No. 117]), which order extended the deadline for Fulton Bank to file a complaint to determine the dischargeability of any debt pursuant to § 523(c) to July 31, 2022 (the "Deadline"), without further extension; and it appearing that on July 5, 2022, Fulton Bank filed a motion to convert the chapter 11 case to chapter 7 [Dkt. No. 116] and a motion to compel discovery, which included a request to extend the Deadline [Dkt. No. 115] requesting a hearing on both motions for July 26, 2022; and it appearing that at a status conference in the Chapter 11 Case that the Court informed the parties that both motions would be rescheduled to August 9, 2022, a date which is past the Deadline; and as a result thereof, the Court advised the parties that it would enter an order extending the Deadline; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. Pursuant to Rule 4007(b), the Deadline be and hereby is extended to August 16, 2022.