**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**MORRIS S. BAUER**
**DUANE MORRIS LLP**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Telephone: (973) 424-2037
MSBauer@duanemorris.com

*Counsel for Fulton Bank, N.A.*

In Re:

VARUN MALIK,

                Debtor.

Case No.:   22-11708 (CMG)

Judge:   Hon. Christine M. Gravelle

Chapter:   11

## ADJOURNMENT REQUEST

1. I, <u>Morris S. Bauer</u>,

   ☒ am the attorney for:   <u>Fulton Bank, N.A.</u>,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Motion to Convert Debtor's Case from Chapter 11 to Chapter 7 Proceeding (Dkt.. No. 116); Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122); and, Glenwood Office Furniture II and Ravi Uppal's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 123)</u>

   Current hearing date and time:  <u>August 9, 2022 at 1:00 p.m.</u>

   New date requested:   <u>August 16, 2022 at 1:00 p.m.</u>

DM3\8884868.1

Reason for adjournment request:  Fulton Bank, N.A. and Varun Malik are in settlement discussions and have agreed to adjourn the above referenced matters.  All parties agreed to the August 16, 2022 hearing date.

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 28, 2022                                    /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:        August 16, 2022 at 10:00 a.m
☒ Granted                New hearing date: _____        ☐ Peremptory
☐ Granted over objection(s)  New hearing date: _____        ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**