| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption In Compliance With D.N.J. LBR 9004-1(b)<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail:  msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | Order Filed on July 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VARUN MALIK**,<br><br>  Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |

**ORDER FURTHER EXTENDING TIME FOR FULTON BANK TO CHALLENGE THE DISCHARGEABILITY OF CERTAIN DEBTS**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: July 28, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 2
Debtor:      Varun Malik
Case No.:    Case No. 22-11708 CMG
Caption:  Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts

This matter having previously been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "Bankruptcy Case") of Varun Malik (the "Debtor"), on the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts [Dkt. No. 89] (the "Motion"); and the Court having entered a bench order at the hearing conduced on May 24, 2022 and memorialized by Order Granting As Set Forth Herein the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts entered on July 6, 2022 [Dkt. No. 117]), which order extended the deadline for Fulton Bank to file a complaint to determine the dischargeability of any debt pursuant to § 523(c) to July 31, 2022 (the "Deadline"), without further extension; and it appearing that on July 5, 2022, Fulton Bank filed a motion to convert the chapter 11 case to chapter 7 [Dkt. No. 116] and a motion to compel discovery, which included a request to extend the Deadline [Dkt. No. 115] requesting a hearing on both motions for July 26, 2022; and it appearing that at a status conference in the Chapter 11 Case that the Court informed the parties that both motions would be rescheduled to August 9, 2022, a date which is past the Deadline; and as a result thereof, the Court advised the parties that it would enter an order extending the Deadline; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1.     Pursuant to Rule 4007(b), the Deadline be and hereby is extended to August 16, 2022.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-11708-CMG

Varun Malik     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Jul 28, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian W. Hofmeister
    on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com

Brian W. Hofmeister
    bwh@hofmeisterfirm.com J119@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com

Joseph M. Shapiro
    on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com

Joseph M. Shapiro
    on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Melinda D. Middlebrooks
    on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16