UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Varun Malik,
Chapter 11 Debtor and Debtor-in-Possession

**VARUN MALIK,**

 Chapter 11 Debtor and Debtor-in-Possession.

Order Filed on August 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-11708-CMG

Adv. No.

Hearing Date:

Judge: Christine M. Gravelle

### ORDER AWARDING FIRST INTERIM FEES AND REIMBURSEMENT OF EXPENSES TO MIDDLEBROOKS SHAPIRO, P.C. AS COUNSEL FOR THE DEBTOR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case: In re: Varun Malik

Case Number: 22-11708-CMG

Caption of Order: **Order Awarding First Interim Fees and Reimbursement of Expenses to Middlebrooks Shapiro, P.C. as Counsel for the Debtor**

Page: 2

1.  The law firm of Middlebrooks Shapiro, P.C., be and is hereby awarded an interim allowance of fees in the amount of $40,995.00, together with reimbursement for its out-of-pocket disbursements in the amount of $2,072.69.

2.  The law firm of Middlebrooks Shapiro, P.C., be and is hereby authorized to apply the retainer in the sum of $12,000.00 and filing fee of $1,738.00 against the award set forth at ¶1 above.

3. The Debtor shall be and is hereby authorized to make payment to Middlebrooks Shapiro, P.C. in the amount set for at ¶1 above within 30 days from entry of the within Order.