| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>*middlebrooks@middlebrooksshapiro.com*<br>Attorneys for Varun Malik,<br>Chapter 11 Debtor and Debtor-in-Possession | |
| **VARUN MALIK,**<br><br> Chapter 11 Debtor and Debtor-in-Possession. | Case No. 22-11708-CMG<br><br>Adv. No.<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle |

Order Filed on August 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER AWARDING FIRST INTERIM FEES AND REIMBURSEMENT OF
EXPENSES TO MIDDLEBROOKS SHAPIRO, P.C. AS COUNSEL FOR THE DEBTOR**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case: In re: Varun Malik
Case Number: 22-11708-CMG
Caption of Order: **Order Awarding First Interim Fees and Reimbursement of Expenses to Middlebrooks Shapiro, P.C. as Counsel for the Debtor**
Page: 2

1. The law firm of Middlebrooks Shapiro, P.C., be and is hereby awarded an interim allowance of fees in the amount of $40,995.00, together with reimbursement for its out-of-pocket disbursements in the amount of $2,072.69.

2. The law firm of Middlebrooks Shapiro, P.C., be and is hereby authorized to apply the retainer in the sum of $12,000.00 and filing fee of $1,738.00 against the award set forth at ¶1 above.

3. The Debtor shall be and is hereby authorized to make payment to Middlebrooks Shapiro, P.C. in the amount set for at ¶1 above within 30 days from entry of the within Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Brian W. Hofmeister | bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 02, 2022 | Form ID: pdf903 | Total Noticed: 1

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Melinda D. Middlebrooks
    on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16