| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>VARUN MALIK,<br><br>                                              Debtor. | Case No.:   22-11708 (CMG)<br><br>Judge:   Hon. Christine M. Gravelle<br><br>Chapter:   11 |

## ADJOURNMENT REQUEST

1. I, <u>Morris S. Bauer</u>,

    ☒ am the attorney for: <u>   Fulton Bank, N.A.                                                   </u>,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Motion to Convert Debtor's Case from Chapter 11 to Chapter 7 Proceeding (the "Conversion Motion") (Dkt.. No. 116); Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122); and, Glenwood Office Furniture II and Ravi Uppal's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 123)</u>

    Current hearing date and time: <u>August 16, 2022 at 10:00 a.m.</u>

    New date requested: <u>         August 23, 2022 at 10:00 a.m.         </u>

DM3\8918311.1

Reason for adjournment request: <u>Fulton Bank, N.A. and Varun Malik are in the process of memorializing settlement terms and have agreed to adjourn the above referenced matters. All parties agreed to the August 23, 2022 hearing date. In addition, Fulton Bank agreed to extend Varun Malik's deadline to object to the Conversion Motion to August 19, 2022.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>August 14, 2022</u>                          <u>/s/ Morris S. Bauer</u>

**COURT USE ONLY:**

The request for adjournment is:
☒ Granted                    New hearing date: August 23, 2022 at 10:00 a.m.    ☐ Peremptory
☐ Granted over objection(s)  New hearing date: _____                             ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**