| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone: (973) 992-4800<br>Facsimile:  (973) 992-9125<br>Mark E. Hall, Esq.<br>Marissa Kingman, Esq.<br>mhall@foxrothschild.com<br>mkingman@foxrothschild.com<br><br><br>*Proposed Special Counsel to the Debtor* |

| | |
|---|---|
| In Re:<br><br>VARUN MALIK,<br><br>                Debtor. | Chapter 11<br><br>Case No. 22-11708-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

# CERTIFICATE OF SERVICE

I, Cathi Brown, am a legal assistant employed by the law firm of Fox Rothschild LLP.

I hereby certify that on August 15, 2022, a true and correct copy of the following documents were served on the parties listed below via the method(s) indicated in the chart below:

- Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Fox Rothschild LLP as Special Counsel to the Debtor Nunc Pro Tunc to July 29, 2022;

- Declaration of Marissa Kingman;

- Proposed Order.

136870982.1

I further certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

                                                FOX ROTHSCHILD LLP
                                                Proposed Special Counsel to the Debtor

Dated: August 15, 2022                  By:   */s/ Cathi Brown*
                                                       Cathi Brown, legal assistant

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Varun Malik<br>21 Maida Road<br>Edison, NJ 08820 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ ECF<br>❏ Other |
| Melinda D. Middlebrooks, Esq<br>Joseph M. Shapiro, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave<br>First Floor<br>Springfield, NJ 07081<br>middlebrooks@middlebrooksshapiro.com<br>jshapiro@middlebrooksshapiro.com | Attorneys for Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>☑ ECF<br>❏ Other |
| Brian W. Hofmeister<br>Law Firm of Brian W. Hofmeister, LLC<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>bwh@hofmeisterfirm.com | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>☑ ECF<br>❏ Other |
| Margaret McGee<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Blvd.<br>Ste 21st Floor<br>Newark, NJ 07102<br>Email: maggie.mcgee@usdoj.gov | Attorney for UST | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>☑ ECF<br>❏ Other |
| Morris Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Blvd, Suite 900<br>Newark, NJ 07102 | Counsel for Fulton Bank | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ ECF<br>❏ Other |

136870982.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rob Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>RS 1765<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318 | Attorneys for Mortgagee | ❑  Hand-delivered<br>☑  Regular mail<br>❑  Certified mail/RR<br>☑  ECF<br>❑  Other |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 500<br>Philadelphia, PA  1106 | Attorneys for PNC Bank, N.A. | ❑  Hand-delivered<br>☑  Regular mail<br>❑  Certified mail/RR<br>☑  ECF<br>❑  Other |
| Rebecca McDowell, Esq.<br>1040 North Kings Highway<br>Suite 100<br>Cherry Hill, NJ  07102<br>rmcdowell@slgcollect.com | Attorneys for TD  Bank, N.A. | ❑  Hand-delivered<br>☑  Regular mail<br>❑  Certified mail/RR<br>☑  ECF<br>❑  Other |
| All Parties Requesting Notice via CM/ECF | | ❑  Hand-delivered<br>❑  Regular mail<br>❑  Certified mail/RR<br>☑  ECF<br>❑  Other |

136870982.1