| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for TD Bank, N.A. | Order Filed on August 16, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VARUN MALIK,<br><br>                                   Debtor. | Case No.:   22-11708-CMG<br><br>Chapter:    11<br><br>Hrg Date:<br><br>Judge:      Hon. Christine M. Gravelle |

### CONSENT ORDER EXTENDING THE DEADLINE FOR TD BANK, N.A. TO FILE A NONDISCHARGEABILITY ACTION AGAINST DEBTOR

The relief set forth on the following page is hereby ORDERED.

**DATED: August 16, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Varun Malik
Case No. 22-11708-CMG
Caption of Order: Consent Order Extending the Deadline for TD Bank, N.A. to File a
Nondischargeability Action Against Debtor

---

This matter having come before the Court upon agreement of TD Bank, N.A. ("TD Bank") and Varun Malik ("Debtor"); and the deadline to file a nondischargeability action having been set at May 31, 2022 and later extended to July 31, 2022 and again to August 16, 2022; and TD Bank having requested more time to investigate Debtor's financials; and Debtor having again agreed to extend the deadline for TD Bank to file a nondischargeability action to conform with the extension granted to Fulton Bank; now therefore;

It is hereby ORDERED that TD Bank shall have until on or before September 30, 2022 to file a nondischargeability action under any available section of the Bankruptcy Code.

It is further ORDERED that nothing herein shall be construed to limit TD Bank's ability to file such an action in the event this case is converted to another Chapter, and any new deadlines after conversion will be available and applicable to TD Bank.

| /s/ Rebecca K. McDowell | /s/ Joseph M. Shapiro |
|---|---|
| Rebecca K. McDowell, Esq. | Joseph M. Shapiro, Esq. |
| Saldutti Law Group | Middlebrooks Shapiro, P.C. |
| 1040 Kings Highway North, Suite 100 | 841 Mountain Ave., First Floor |
| Cherry Hill, NJ 08034 | Springfield, NJ 07081 |
| (856) 324-5014 | (973) 218-6877 |
| rmcdowell@slgcollect.com | jshapiro@middlebrooksshapiro.com |
| Counsel for TD Bank, N.A. | Counsel for the Debtor |