UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Withdrawing counsel to Chapter 11 Debtor and
Debtor-in-Possession, Varun Malik

In Re:

VARUN MALIK,

  Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 22-11708-CMG

Chapter: 11

Judge: Christine M. Gravelle

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___Levitt & Slafkes, P.C.___ will be substituted as attorney of record for ___Middlebrooks Shapiro, P.C.___, ___Counsel to Varun Malik___ in this case.[1]

Date: August 19, 2022

/s/ Joseph M. Shapiro
Signature of Former Attorney

Date: August 19, 2022

Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.