**LEVITT & SLAFKES, P.C.**
**515 Valley Street - Suite 140**
**Maplewood, New Jersey 07040**
**Ph:  (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**PROPOSED SUBSTITUTE COUNSEL FOR DEBTOR**
**BY: Bruce H. Levitt, Esq. (BL9302)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CHAPTER 11 |
| | Case No.: 22-11708CMG |
| VARUN MALIK, | |
| | NOTICE OF APPEARANCE |
| Debtor. | |

PLEASE TAKE NOTICE, that the undersigned hereby appears as proposed substitute counsel to the Debtor in the above-captioned matter.

                                      LEVITT & SLAFKES, P.C.
                                      Proposed Substitute Counsel

                                      By:/s/Bruce H. Levitt
                                          Bruce H. Levitt

Dated: August 19, 2022