# LEVITT & SLAFKES, P.C.
**ATTORNEYS AT LAW**
**515 Valley Street**
**Suite 140**
**Maplewood, New Jersey 07040**
**blevitt@lsbankruptcylaw.com**
----------

**Bruce H. Levitt**                              Tel. (973) 313-1200
**Shelley B. Slafkes**                           Fax. (973) 313-1240
                                                 www.levittslafkes.com

August 19, 2022

Via ECF & E-Mail to Chambers
Honorable Christine M. Gravelle
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

      Re: Varun Malik
        Case No.: 22-11708

Dear Judge Gravelle:

    My firm was retained earlier this afternoon as substitute counsel for the Debtor, subject of course to court approval of our retention. The purpose of this letter is to join in the adjournment request submitted by Joseph Shapiro of the law firm of Middlebrooks & Shapiro, P.C. with regard to the motion to convert the case to Chapter 7.

    My firm was just retained. I have not yet received the case file from the Middlebrooks & Shapiro firm, and only have access to the pleadings on the court docket, including the motion to convert. The matters raised in the motion to convert are serious in nature and require a more thorough response than that submitted by Mr. Shapiro.

    I did reach out to Morris Bauer counsel for Fulton Bank yesterday when I was first contacted about this representation. At that time I asked Mr. Bauer if he would agree to an adjournment if I did get retained in this matter. Mr. Bauer indicated that he did not have the authority to consent.

    I am therefore requesting that your Honor grant a short adjournment of the motion for two weeks, over the objection of counsel for Fulton Bank, in order to give me time to get up to

speed on the case and adequately represent the interests of the Debtor.

Respectfully submitted,

/s/Bruce H. Levitt

Bruce H. Levitt

cc: Morris S. Bauer, Esq.
    Joseph M. Shapiro, Esq.