| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for TD Bank, N.A. | Order Filed on August 16, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re: | Case No.: | 22-11708-CMG |
| VARUN MALIK, | Chapter: | 11 |
| Debtor. | Hrg Date: | |
| | Judge: | Hon. Christine M. Gravelle |

### CONSENT ORDER EXTENDING THE DEADLINE FOR TD BANK, N.A. TO FILE A NONDISCHARGEABILITY ACTION AGAINST DEBTOR

The relief set forth on the following page is hereby ORDERED.

**DATED: August 16, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Varun Malik
Case No. 22-11708-CMG
Caption of Order: Consent Order Extending the Deadline for TD Bank, N.A. to File a Nondischargeability Action Against Debtor

---

This matter having come before the Court upon agreement of TD Bank, N.A. ("TD Bank") and Varun Malik ("Debtor"); and the deadline to file a nondischargeability action having been set at May 31, 2022 and later extended to July 31, 2022 and again to August 16, 2022; and TD Bank having requested more time to investigate Debtor's financials; and Debtor having again agreed to extend the deadline for TD Bank to file a nondischargeability action to conform with the extension granted to Fulton Bank; now therefore;

It is hereby ORDERED that TD Bank shall have until on or before September 30, 2022 to file a nondischargeability action under any available section of the Bankruptcy Code.

It is further ORDERED that nothing herein shall be construed to limit TD Bank's ability to file such an action in the event this case is converted to another Chapter, and any new deadlines after conversion will be available and applicable to TD Bank.

| | |
|---|---|
| */s/ Rebecca K. McDowell* <br> Rebecca K. McDowell, Esq. <br> Saldutti Law Group <br> 1040 Kings Highway North, Suite 100 <br> Cherry Hill, NJ 08034 <br> (856) 324-5014 <br> rmcdowell@slgcollect.com <br> Counsel for TD Bank, N.A. | */s/ Joseph M. Shapiro* <br> Joseph M. Shapiro, Esq. <br> Middlebrooks Shapiro, P.C. <br> 841 Mountain Ave., First Floor <br> Springfield, NJ 07081 <br> (973) 218-6877 <br> jshapiro@middlebrooksshapiro.com <br> Counsel for the Debtor |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Debtor Varun Malik jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |

Margaret Mcgee
           on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall
           on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Melinda D. Middlebrooks
           on behalf of Debtor Varun Malik middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Morris S. Bauer
           on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
           on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
           on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
           on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III
           on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Rebecca K. McDowell
           on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
           on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17