**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption In Compliance With D.N.J. LBR 9004-1(b)*

**DUANE MORRIS LLP**
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: (973) 424-2037
E-mail: msbauer@duanemorris.com

*Counsel for Fulton Bank, N.A.*

| In Re: | Case No. 22-11708 CMG |
|---|---|
| **VARUN MALIK**, | Judge: Hon. Christine M. Gravelle |
| Debtor. | Chapter 11 |
| | Related to Dkt. Nos. 145, 146, 147 & 148 |

## CERTIFICATION OF SERVICE

1. I, _____Morris S. Bauer_____:

   ☒ represent the _____Fulton Bank, N.A._____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>August 22, 2022</u>, I caused a true and correct copy of the following to be served on all counsel of record via the Court's ECF system:

   a. Letter Objection to Debtor's Request to Adjourn Fulton Bank's Conversion Motion;

    b. Fulton Bank N.A.'s Reply to the Debtor's Objection to Motion of Fulton Bank N.A. to Convert Chapter 11 Case and Supplement Thereto;

    c. Certification of Morris S. Bauer in Support of Reply of Fulton Bank, N.A. to the Debtor's Objection to Motion of Fulton Bank, N.A. to Convert Chapter 11 Case and Supplement Thereto;

    d. Objection of Fulton Bank, N.A. to the Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Fox Rothschild LLP as Special counsel to the Debtor Nunc Pro Tunc to July 29, 2022; and,

    e. Verified Objection of Fulton Bank, N.A. to (a) Non-Party Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena and (b) Non-Parties Glenwood Office Furniture II and Ravi Uppal's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 23, 2022            /s/ Morris S. Bauer
                                               MORRIS S. BAUER

DM3\8951404.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Margaret McGee, Esq.<br>maggie.mcgee@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Melinda Middlebrooks, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07801<br>middlebrooks@middlebrooksshapiro.com | Counsel for Debtor, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph M. Shapiro, Esq.<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07081<br>jshapiro@middlebrooksshapiro.com | Counsel for Debtor, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bruce Levitt, Esq.<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, NJ 07040<br>973-313-1200<br>blevitt@levittslafkes.com | Proposed Counsel to Debtor, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

DM3\8951404.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br>dnj@pbslaw.org | Counsel for Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Counsel for PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034<br>rmcdowell@slgcollect.com | Counsel for TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Brian W. Hofmeister, Esquire<br>The Law Firm of<br>Brian W. Hofmeister LLC<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>(609) 890-1500<br>bwh@hofmeisterfirm.com | Former Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

DM3\8951404.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jill Manzo, Esq.<br>Fein, Such, Kahn, & Shepard<br>7 Century Drive<br>Parsippany, NJ 07054<br>973-538-4700<br>bankruptcy@fskslaw.com | Counsel to Creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Paul S. Doherty, III<br>Hartmann Doherty Rosa Berman & Bulbulia LLC<br>433 Hackensack Ave<br>Ste 1002<br>Hackensack, NJ 07601<br>pdoherty@hdrbb.com | Counsel to Ravi Uppal, Glenwood Office Furniture II, and Swati Bhatheja | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mark E. Hall, Esq.<br>Fox Rothschild, LLP<br>49 Market St.<br>Morristown, NJ 07960<br>mhall@foxrothschild.com | Proposed Special Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means authorized by the court through the issuance of an Order Shortening Time