

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**UNITED STATES ATTORNEY'S OFFICE**<br>PHILIP R. SELLINGER<br>United States Attorney<br>EAMONN O'HAGAN<br>Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Tel: (973) 645-2874 | **Order Filed on August 24, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**VARUN MALIK**,<br><br>　　　Chapter 11 Debtor<br>　　　and Debtor-in-Possession | Case No.: 22-11708-CMG<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11 |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR
U.S. SMALL BUSINESS ADMINSTRATION TO CHALLENGE WHETHER
CERTAIN DEBTS ARE DISCHARGEABLE**

　　　The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: August 24, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Varun Malik
Case No.: 22-11708-CMG
Caption: Stipulation and Consent Order Extending Time for U.S. Small Business Administration to Challenge Whether Certain Debts are Dischargeable

(Page 2)

### IT IS HEREBY ORDERED

(1)  The time for the U.S. Small Business Administration to challenge whether certain debts are dischargeable in the above-captioned case under Section 523 of the Bankruptcy Code is hereby extended to September 30, 2022.

Dated: August 24, 2022

U.S. ATTORNEY'S OFFICE
DISTRICT OF NEW JERSEY

By: /s/ Eamonn O'Hagan
Eamonn O'Hagan, Esq.
970 Broad Street
Newark, New Jersey 07102
Tel: (973) 645-2874

*Counsel for U.S. Small Business Administration*

LEVITT & SLAFKES, P.C.

By:/s/Bruce H. Levitt
Bruce H. Levitt, Esq.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200

*Counsel for Varun Malik*