UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**MIDDLEBROOKS SHAPIRO, PC**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(fax) (973) 218-6878
Joseph M. Shapiro, Esq.
*jshapiro@middlebrooksshapiro.com*
Withdrawing Attorneys for Chapter 11 Debtor and
Debtor-in-Possession, Varun Malik

In re:

**VARUN MALIK,**

Chapter 11 Debtor and Debtor-in-Possession.

**Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 22-11708-CMG

Honorable Christine M. Gravelle

Hearing Date: August 23, 2022 at 10:00 a.m.

## ORDER PERMITTING MIDDLEBROOKS SHAPIRO, P.C. TO WITHDRAW AS COUNSEL TO CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION VARUN MALIK PURSUANT TO D.N.J. 9010-2(b); AND FOR RELATED RELIEF

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: August 24, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Varun Malik
Case No.: 22-11708-CMG
Order Authorizing Middlebrooks Shapiro P.C. to Withdraw as Counsel to Debtor and Debtor-in-Possession Varun Malik Pursuant to D.N.J. 9010-2(b); and for Related Relief
Page 2

(1) The law firm of Middlebrooks Shapiro, P.C. will be, and is hereby authorized to, withdraw as counsel to Chapter 11 Debtor and Debtor-in-Possession, Varun Malik Pursuant to D.N.J. 9010-2(b) effective upon entry of the within Order; and

(2) Varun Malik, the Chapter 11 Debtor and Debtor-in-Possession shall retain counsel within _____ days from the entry of this Order or be deemed proceeding *pro se* in this Chapter 11 bankruptcy proceeding.