UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Varun Malik

Case No.: 22-11708-CMG

Hearing Date: 8/23/2022 at 10:00 AM

Judge: Christine M. Gravelle

Chapter: 11

Recommended Local Form: ☑ Followed   ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER

Cross Motion re: Quash Subpoena

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 24, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge

   A motion or application having been filed on _____July 19_____, 20 22  by
_Swati Bhatheja_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

   ORDERED that the aforesaid motion or application is denied.

   The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*