| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**UNITED STATES ATTORNEY'S OFFICE**<br>Philip R. Sellinger<br>United States Attorney<br>Eamonn O'Hagan<br>Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Tel: (973) 645-2874 | Order Filed on August 24, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**VARUN MALIK**,<br><br>Chapter 11 Debtor<br>and Debtor-in-Possession | Case No.: 22-11708-CMG<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11 |

**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR U.S. SMALL BUSINESS ADMINSTRATION TO CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE**

The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**

**DATED: August 24, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:	Varun Malik
Case No.:	22-11708-CMG
Caption:	Stipulation and Consent Order Extending Time for U.S. Small Business Administration to Challenge Whether Certain Debts are Dischargeable

(Page 2)

**IT IS HEREBY ORDERED**

(1)	The time for the U.S. Small Business Administration to challenge whether certain debts are dischargeable in the above-captioned case under Section 523 of the Bankruptcy Code is hereby extended to September 30, 2022.

Dated: August 24, 2022

| U.S. ATTORNEY'S OFFICE<br>DISTRICT OF NEW JERSEY | LEVITT & SLAFKES, P.C. |
|---|---|
| By: /s/ Eamonn O'Hagan<br>Eamonn O'Hagan, Esq.<br>970 Broad Street<br>Newark, New Jersey 07102<br>Tel: (973) 645-2874 | By:/s/Bruce H. Levitt<br>Bruce H. Levitt, Esq.<br>515 Valley Street, Suite 140<br>Maplewood, New Jersey 07040<br>Tel: (973) 313-1200 |
| *Counsel for U.S. Small Business Administration* | *Counsel for Varun Malik* |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

**Recip ID        Recipient Name and Address**
db            + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

**Name**            **Email Address**

Brian W. Hofmeister
                bwh@hofmeisterfirm.com J119@ecfcbis.com

Brian W. Hofmeister
                on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com

Bruce H Levitt
                on behalf of Debtor Varun Malik blevitt@levittslafkes.com
                sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
                on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
                on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Jill Manzo

| | |
|---|---|
| | on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | |
| | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | |
| | on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Morris S. Bauer | |
| | on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | |
| | on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Paul S. Doherty, III | |
| | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Paul S. Doherty, III | |
| | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| Paul S. Doherty, III | |
| | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | |
| | on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17