UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**MIDDLEBROOKS SHAPIRO, PC**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(fax) (973) 218-6878
Joseph M. Shapiro, Esq.
*jshapiro@middlebrooksshapiro.com*
Withdrawing Attorneys for Chapter 11 Debtor and
Debtor-in-Possession, Varun Malik

**Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

**VARUN MALIK,**

Chapter 11 Debtor and Debtor-in-Possession.

Case No.: 22-11708-CMG

Honorable Christine M. Gravelle

Hearing Date: August 23, 2022 at 10:00 a.m.

### ORDER PERMITTING MIDDLEBROOKS SHAPIRO, P.C. TO WITHDRAW AS COUNSEL TO CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION VARUN MALIK PURSUANT TO D.N.J. 9010-2(b); AND FOR RELATED RELIEF

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: August 24, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Varun Malik
Case No.: 22-11708-CMG
Order Authorizing Middlebrooks Shapiro P.C. to Withdraw as Counsel to Debtor and
Debtor-in-Possession Varun Malik Pursuant to D.N.J. 9010-2(b); and for Related Relief
Page 2

(1) The law firm of Middlebrooks Shapiro, P.C. will be, and is hereby authorized to, withdraw as counsel to Chapter 11 Debtor and Debtor-in-Possession, Varun Malik Pursuant to D.N.J. 9010-2(b) effective upon entry of the within Order; and

(2) Varun Malik, the Chapter 11 Debtor and Debtor-in-Possession shall retain counsel within _____ days from the entry of this Order or be deemed proceeding *pro se* in this Chapter 11 bankruptcy proceeding.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11708-CMG
Varun Malik  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Aug 24, 2022    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

**Recip ID**    **Recipient Name and Address**
db    + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Brian W. Hofmeister
    bwh@hofmeisterfirm.com  J119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com

Bruce H Levitt
    on behalf of Debtor Varun Malik blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Jill Manzo

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 24, 2022 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | |
| | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | |
| | on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Morris S. Bauer | |
| | on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | |
| | on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Paul S. Doherty, III | |
| | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Paul S. Doherty, III | |
| | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| Paul S. Doherty, III | |
| | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | |
| | on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17