UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
Email: blevitt@lsbankruptcylaw.com
PROPOSED SUBSTITUTE COUNSEL FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on August 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VARUN MALIK,

       Debtor.

Case No.: 22-11708
Chapter: 11
Judge: CMG

# ORDER AUTHORIZING RETENTION OF

## LEVITT & SLAFKES, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: August 31, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Levitt & Slafkes, P.C.___
as ___substitute counsel for Debtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 515 Valley Street, Suite 140
   Maplewood, NJ 07040

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*