# LEVITT & SLAFKES, P.C.
### ATTORNEYS AT LAW
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
blevitt@lsbankruptcylaw.com

----------

**Bruce H. Levitt**
**Shelley B. Slafkes**

Tel. (973) 313-1200
Fax. (973) 313-1240
www.levittslafkes.com

September 1, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge
402 East State Street
Trenton, NJ 08608

    Re: Varun Malik
        Case No.: 22-11708

Dear Judge Gravelle:

    I represent Varun Malik, the Debtor in the above matter.

    By Order dated August 29, 2022, your Honor directed that I advise Fulton Bank's counsel as to whether the Debtor will proceed with a proposed settlement, and further, that the Debtor provide Fulton Bank with certain bank statements or a certification as to why the statements cannot be produced, along with the name, address and phone number of a contact person at Union Bank of India. Today I reached out to Morris Bauer to advise him that my client is awaiting legal advice from his special counsel. I requested of Mr. Bauer a one-week extension of time to respond to the settlement proposal and his consent to a one-week extension of the time to either provide the bank statements or other information required in Your Honor's Order. Mr. Bauer has informed me that he cannot consent to my requests.

    On the advice of his special counsel, the Debtor cannot provide either the bank statements or a certification with regard to the account at Union Bank of India at this time. Rather than the Debtor asserting his fifth amendment privilege in a certification to the court today, I am requesting, over Mr. Bauer's objection, a one-week extension of the time to submit the required certification. I am informed by special counsel that their review should be completed by that time and they will be in a better position to advise Mr. Malik.

Thank you for your consideration of this request.

Respectfully submitted,

Bruce H. Levitt

cc: Morris S. Bauer, Esq.
    Mark E. Hall, Esq.
    Margaret Mcgee, Esq.