| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **MIDDLEBROOKS SHAPIRO, P.C.** <br> 841 Mountain Avenue, First Floor <br> Springfield, New Jersey 07081 <br> (973) 218-6877 <br> Joseph M. Shapiro, Esq. <br> jshapiro@middlebrooksshapiro.com <br><br> *Withdrawing Counsel for Chapter 11 Debtor and Debtor-In-Possession* <br><br> **FOX ROTHSCHILD LLP** <br> 49 Market St. <br> Morristown, NJ 07960 <br> Mark E. Hall, Esq. <br> Marissa Kingman, Esq. <br> mhall@foxrothschild.com <br> mkingman@foxrothschild.com <br> Telephone: (973) 992-4800 <br> Facsimile: (973) 992-9125 <br><br> *Proposed Special Counsel to the Debtor And Debtor in Possession* |

Order Filed on August 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

VARUN MALIK,

              Debtor.

Chapter 11

Case No. 22-11708-CMG

Judge: Hon. Christine M. Gravelle

### ORDER APPROVING THE EMPLOYMENT AND RETENTION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR NUNC PRO TUNC TO JULY 29, 2022

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: August 31, 2022**

                              Honorable Christine M. Gravelle
                              United States Bankruptcy Judge

(Page 2)
Debtor:  Varun Malik
Case No:  22-11708-CMG
Caption of Order:   Order Approving the Employment and Retention of Fox Rothschild LLP as Special Counsel to the Debtor Nunc Pro Tunc to July 29, 2022

Upon the application (the "Application") of Varun Malik, debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), pursuant to sections 327(e), 328, 330 and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), authorizing the Debtor to employ and retain Fox Rothschild LLP. ("Fox") as his special counsel nunc pro tunc to July 29, 2022 in this proceeding; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declaration of Marissa K. Kingman, Esq. in support thereof; and the Court being satisfied that Fox does not hold or represent any interest adverse to the Debtor, its estate, or its creditors, and that said employment would be in the best interest of the Debtor, its respective estate and creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

(Page 3)
Debtor: Varun Malik
Case No: 22-11708-CMG
Caption of Order: Order Approving the Employment and Retention of Fox Rothschild LLP as Special Counsel to the Debtor Nunc Pro Tunc to July 29, 2022

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. In accordance with Sections 327(e), 328, 330 and 1107 of the Bankruptcy Code, the Debtor is hereby authorized and empowered to employ and retain Fox as his special counsel in this chapter 11 case nunc pro tunc to July 29, 2022.

3. Any and all compensation to be paid to Fox for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders entered in this case governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred. Fox shall also make a reasonable effort to comply with the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Fox in the chapter 11 case.

4. The Debtor is authorized to take all action necessary to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

136524798.1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11708-CMG
Varun Malik  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Aug 31, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov |
| Jill Manzo | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf903 | Total Noticed: 1 |

                    on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com

Joseph M. Shapiro
                    on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

Margaret Mcgee
                    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall
                    on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Morris S. Bauer
                    on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
                    on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
                    on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
                    on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III
                    on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Rebecca K. McDowell
                    on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
                    on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17