| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LEVITT & SLAFKES, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, New Jersey 07040<br>Tel: (973) 313-1200<br>E-Mail: blevitt@lsbankruptcylaw.com<br>By: Bruce H. Levitt (BL9302)<br>Counsel to Chapter 11 Debtor and Debtor-in-Possession, Varun Malik | |
| In re:<br><br>**VARUN MALIK**,<br><br>　　　Chapter 11 Debtor<br>　　　and Debtor-in-Possession | Case No.: 22-11708-CMG<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11 |

CERTIFICATION OF DEBTOR

Varun Malik hereby certifies as follows:

1. I have been directed by Court Order to submit this Certification regarding a certain bank account in India.

2. Upon the advice of counsel, I invoke my rights pursuant to the Fifth Amendment of the U.S. Constitution, and thus will not be providing discovery and/or documents in response to paragraph 9 of the discovery order, ECF 158.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to penalty of perjury.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Varun Malik

Dated: September 6, 2022