| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)* | |
| **DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | Order Filed on September 13, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |
| In Re:<br><br>**VARUN MALIK**,<br><br>          Debtor. | |

**CONSENT ORDER FURTHER EXTENDING TIME FOR FULTON BANK**
**TO CHALLENGE THE DISCHARGEABILITY OF CERTAIN DEBTS**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 13, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DM3\8918322.1

Debtor: Varun Malik
Case No.: Case No. 22-11708 CMG
Caption: Consent Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts

---

This matter having previously been opened to the Court by Fulton Bank, N.A. (the "Movant" or "Fulton Bank"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "Bankruptcy Case") of Varun Malik (the "Debtor"), on the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts [Dkt. No. 89] (the "Motion"); and the Court having entered a bench order at the hearing conduced on May 24, 2022 and memorialized by Order Granting As Set Forth Herein the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts entered on July 6, 2022 [Dkt. No. 117]), which order extended the deadline for Fulton Bank to file a complaint to determine the dischargeability of any debt pursuant to § 523(c) to July 31, 2022 (the "Deadline"), without further extension; and it appearing that on July 5, 2022, Fulton Bank filed a motion to convert the chapter 11 case to chapter 7 (the "Conversion Motion") [Dkt. No. 116] and a motion to compel discovery, which included a request to extend the Deadline (the "Further Extension Motion") [Dkt. No. 115] requesting a hearing on both motions for July 26, 2022; and it appearing that at a status conference in the Chapter 11 Case that the Court informed the parties that both motions would be rescheduled to August 9, 2022, a date which is past the Deadline; and as a result thereof, the Court advised the parties that it would enter an order extending the Deadline and on July 28, 2022, the Court entered the Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts [Dkt. No. 124], which extended the Deadline to August 16, 2022; and it further appearing that the Debtor and Fulton Bank have requested adjournments of the hearing on the Conversion Motion and the Further Extension Motion to August 16, 2022 and then August 23, 2022 and along with such request have agreed that the Deadline should be extended as set forth herein this Consent

DM3\8918322.1

Debtor:        Varun Malik
Case No.:      Case No. 22-11708 CMG
Caption:  Consent Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts

___

Order, which the within Order was submitted as part of the adjournment request of said hearings;

and the Court having determined that good cause exists for the entry of this Order,

**IT IS ORDERED** as follows:

1. The Deadline be and hereby is extended to September 30, 2022.

The undersigned hereby consent to
the form and entry of the within order.

/s/ Joseph M. Shapiro                                    /s/ Morris S. Bauer
_____                  _____
Joseph M. Shapiro, Esq.                                 Morris S. Bauer, Esq.
Middlebrooks Shapiro, P.C.                              Duane Morris LLP
841 Mountain Ave.                                       One Riverfront Plaza
First Floor                                             1037 Raymond Blvd.
Springfield, NJ 07081                                   Suite 1800
Telephone (973) 218-6877                                Newark, NJ 07102
jshapiro@middlebrook shapiro.com                        Telephone (973) 424-2037
                                                        msbauer@duanemorris.com

*Counsel for the Debtor*

*Counsel for Fulton Bank, N.A.*