UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Varun Malik | : | |
| | : | |
| | : | CASE NO.: 22-11708 (CMG) |
| Debtor. | : | |
| _____ | : | |

Bunce D. Atkinson, Esq.
The Kelly Firm, PC
1011 NJ Highway 71
Suite 200
Spring Lakes, NJ 07762

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Bunce D. Atkinson, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 and 9

By:   */s/ Martha R. Hildebrandt*
      Martha R. Hildebrandt
      Assistant United States Trustee

Dated: September 15, 2022