| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)* | |
| **DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail:  msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | **Order Filed on September 13, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 11 |
| In Re:<br><br>**VARUN MALIK**,<br><br>       Debtor. | |

## CONSENT ORDER FURTHER EXTENDING TIME FOR FULTON BANK TO CHALLENGE THE DISCHARGEABILITY OF CERTAIN DEBTS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 13, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DM3\8918322.1

Page 2 of 3
Debtor:       Varun Malik
Case No.:     Case No. 22-11708 CMG
Caption:  Consent Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain
Debts

_____

This matter having previously been opened to the Court by Fulton Bank, N.A. (the "<u>Movant</u>" or "<u>Fulton Bank</u>"), by and through its counsel, Duane Morris LLP, in the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>") of Varun Malik (the "<u>Debtor</u>"), on the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts [Dkt. No. 89] (the "<u>Motion</u>"); and the Court having entered a bench order at the hearing conduced on May 24, 2022 and memorialized by Order Granting As Set Forth Herein the Motion of Fulton Bank, N.A., to Extend Time to (A) Object to the Debtor's Discharge and (B) Challenge the Dischargeability of Certain Debts entered on July 6, 2022 [Dkt. No. 117]), which order extended the deadline for Fulton Bank to file a complaint to determine the dischargeability of any debt pursuant to § 523(c) to July 31, 2022 (the "<u>Deadline</u>"), without further extension; and it appearing that on July 5, 2022, Fulton Bank filed a motion to convert the chapter 11 case to chapter 7 (the "Conversion Motion") [Dkt. No. 116] and a motion to compel discovery, which included a request to extend the Deadline (the "Further Extension Motion") [Dkt. No. 115] requesting a hearing on both motions for July 26, 2022; and it appearing that at a status conference in the Chapter 11 Case that the Court informed the parties that both motions would be rescheduled to August 9, 2022, a date which is past the Deadline; and as a result thereof, the Court advised the parties that it would enter an order extending the Deadline and on July 28, 2022, the Court entered the Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts [Dkt. No. 124], which extended the Deadline to August 16, 2022; and it further appearing that the Debtor and Fulton Bank have requested adjournments of the hearing on the Conversion Motion and the Further Extension Motion to August 16, 2022 and then August 23, 2022 and along with such request have agreed that the Deadline should be extended as set forth herein this Consent

Page 3 of 3
Debtor:          Varun Malik
Case No.:        Case No. 22-11708 CMG
Caption:  Consent Order Further Extending Time For Fulton Bank to Challenge the Dischargeability of Certain Debts

_____

Order, which the within Order was submitted as part of the adjournment request of said hearings;

and the Court having determined that good cause exists for the entry of this Order,

**IT IS ORDERED** as follows:

1.      The Deadline be and hereby is extended to September 30, 2022.


The undersigned hereby consent to
the form and entry of the within order.


/s/ Joseph M. Shapiro                              /s/ Morris S. Bauer
_____              _____
Joseph M. Shapiro, Esq.                          Morris S. Bauer, Esq.
Middlebrooks Shapiro, P.C.                       Duane Morris LLP
841 Mountain Ave.                                  One Riverfront Plaza
First Floor                                              1037 Raymond Blvd.
Springfield, NJ 07081                             Suite 1800
Telephone(973) 218-6877                        Newark, NJ 07102
jshapiro@middlebrook shapiro.com          Telephone (973) 424-2037
                                                           msbauer@duanemorris.com

*Counsel for the Debtor*                           *Counsel for Fulton Bank, N.A.*

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 22-11708-CMG

Varun Malik                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                        Page 1 of 2

Date Rcvd: Sep 13, 2022              Form ID: pdf903                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov |
| Jill Manzo | |

District/off: 0312-3                                                    User: admin                                                    Page 2 of 2
Date Rcvd: Sep 13, 2022                                          Form ID: pdf903                                          Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Morris S. Bauer | on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17