| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Varun Malik<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2287 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 11   3/3/22 |
| Case number: | 22-11708-CMG | Date case converted to chapter: | 7   9/15/22 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Varun Malik | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 21 Maida Road<br>Edison, NJ 08820 | |
| 4. | **Debtor's attorney**<br>Name and address | Bruce H Levitt<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, NJ 07040 | Contact phone 973–313–1200<br>Email: blevitt@levittslafkes.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Bunce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, NJ 07762 | Contact phone 732–449–0525 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676−6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site:  www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609−858−9333  Date: 9/16/22 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 17, 2022 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call−in information.** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/16/22** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-11708-CMG
Varun Malik                                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3               User: admin                              Page 1 of 3
Date Rcvd: Sep 16, 2022            Form ID: 309A                            Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |
| 519562181 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519541415 | + | Central Jersey Cardiology, PC, P.O. Box 32, Wickatunk, NJ 07765-0032 |
| 519521888 | | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541986 | + | Gautham Gorla and, Greeshma Rajakumara, 44 Denise Drive, Edison, NJ 08820-4602 |
| 519576529 | | HSBC Bank USA, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 519521893 | | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541426 | + | Pluese, Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519541428 | + | Riker Danzig Scherer Hyland & Perretti L, 1 Speedwell Avenue, Headquarters Plaza, Morristown, NJ 07960-6838 |
| 519521895 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541430 | + | State of New Jersey, Department of Labor and Workforce Devel, P.O. Box 389, Trenton, NJ 08646-0001 |
| 519545749 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519543233 | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541432 | + | Textile Decor USA, Inc., c/o Steven Mitnick, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 519541433 | + | The Leviton Law Firm, One Pierce Place, Suite 725, Itasca, IL 60143-1234 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: blevitt@levittslafkes.com | Sep 16 2022 20:33:00 | Bruce H Levitt, Levitt & Slafkes, P.C., 515 Valley Street, Suite 140, Maplewood, NJ 07040 |
| tr | + | EDI: BBDATKINSON | Sep 17 2022 00:28:00 | Bunce Atkinson, Bunce D. Atkinson, Chapter 7 Trustee, 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519521884 | + | EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519521886 | + | EDI: CITICORP.COM | Sep 17 2022 00:28:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519540781 | + | EDI: DISCOVER.COM | Sep 17 2022 00:28:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519521887 | + | EDI: DISCOVER.COM | Sep 17 2022 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519521889 | + | Email/Text: bankruptcy@fult.com | Sep 16 2022 20:34:00 | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519560196 | + | Email/Text: bankruptcy@fult.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 309A | Total Noticed: 36 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 16 2022 20:34:00 | Fulton Bank, N.A., Attn: Loan Operations, 1695 State Street, East Petersburg, PA 17520-1328 |
| 519521890 | + | EDI: HFC.COM | Sep 17 2022 00:28:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519521891 | + | EDI: HFC.COM | Sep 17 2022 00:28:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519521892 | | EDI: IRS.COM | Sep 17 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541424 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 16 2022 20:33:00 | JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, TX 75001-9013 |
| 519521885 | | EDI: JPMORGANCHASE | Sep 17 2022 00:28:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519538151 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 16 2022 20:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519580955 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2022 20:33:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519521894 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2022 20:33:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519521896 | | EDI: TDBANKNORTH.COM | Sep 17 2022 00:28:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519541434 | + | Email/Text: birminghamtops@sba.gov | Sep 16 2022 20:34:32 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 519552467 | + | Email/Text: ndlrc.legal@sba.gov | Sep 16 2022 20:34:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541414 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519541417 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519541419 | * | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541418 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519541420 | *+ | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519541421 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519541422 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519541423 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541416 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519541425 | * | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541427 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541429 | * | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541431 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 16, 2022 | Form ID: 309A | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | on behalf of Spec. Counsel Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Morris S. Bauer | on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18