| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>VARUN MALIK,<br><br>                            Debtor. | Case No.:    22-11708 (CMG)<br><br>Judge:        Hon. Christine M. Gravelle<br><br>Chapter:      11 |

**ADJOURNMENT REQUEST**

1. I, <u>Morris S. Bauer</u>,

   ☒ am the attorney for:   <u>Fulton Bank, N.A.                                                </u>,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:  <u>Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122)</u>

   Current hearing date and time:  <u>October 18, 2022 at 10:00 a.m.</u>

   New date requested:  <u>       November 15, 2022 at 10:00 a.m.       </u>

   Reason for adjournment request:  <u>Counsel to Swati Batheja and Glenwood Office requested an adjournment, which Fulton Bank, N.A. was agreeable to in light of the fact that the chapter 7 trustee's 341 hearing is scheduled for October 17, 2022, the chapter 7 trustee is in the process of evaluating the case, and Fulton Bank's counsel, Debtor's counsel and Ms.</u>

<u>Batheja and Glenwood's counsel are discussing document production and scheduling 2004 exams, as the case may be.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>October 12, 2022</u>                        <u>/s/ Morris S. Bauer</u>

**COURT USE ONLY:**

The request for adjournment is:
☒ Granted                               New hearing date: 11/15/22 at 10:00 a.m.    ☐ Peremptory
☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**