Order Filed on November 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>HSBC Bank USA, N.A.<br>R.A. LEBRON, ESQ.<br>DH120<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>VARUN MALIK<br><br> Debtor(s). | Case No.:   22-11708 CMG<br><br>Hearing Date: November 22, 2022<br><br>Judge: Honorable Christine M. Gravelle<br><br>Chapter:   7 |

Recommended Local Form  ☒ Followed  ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: November 22, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Fein, Such, Kahn & Shepard, P.C., attorneys for the Movant, HSBC Bank USA, N.A., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

<u>44 DENISE DRIVE, EDISON, NJ 08820.</u>
<u>Legal Description from Recorded Mortgage:</u>
<u>LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS ALL THAT CERTAIN PROPERTY SITUATED IN TOWNSHIP OF EDISON IN THE COUNTY OF MIDDLESEX, AND STATE OF NJ AND BEING DESCRIBED IN A DEED DATED 12/18/2006 AND RECORDED 01/17/2007 IN BOOK 5772 PAGE 801 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS: BLOCK 594A, LOT 25 C0044; A/KIA 44 DENISE DRIVE, EDISON, NJ 08820</u>

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.