| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* |

| | |
|---|---|
| In Re:<br><br>VARUN MALIK,<br><br><br>Debtor. | Case No.:  22-11708 (CMG)<br><br>Judge:  Hon. Christine M. Gravelle<br><br>Chapter:  11 |

## ADJOURNMENT REQUEST

1.  I, <u>Morris S. Bauer</u>,

    ☒ am the attorney for:  <u>Fulton Bank, N.A.</u>,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  <u>Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122)</u>

    Current hearing date and time:  <u>December 13, 2022 at 10:00 a.m.</u>

    New date requested:  <u>January 17, 2023 at 10:00 a.m.</u>

    Reason for adjournment request:  <u>Fulton Bank, N.A requested of counsel to Swati Batheja and Glenwood an adjournment based on the chapter 7 trustee having only recently conducted a 341 hearing on December 5, 2022 and Fulton Bank, N.A. waiting for</u>

additional documents to be produced by Ms. Batheja.  Fulton Bank, N.A. also discussing with chapter 7 trustee the discovery to possibly coordinate efforts in this regard.

2. Consent to adjournment:

☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: December 9, 2022                    /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:
☒ Granted            New hearing date: January 17, 2023 at 10:00 a.m.    ☐ Peremptory
☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

DM3\9280814.1