THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Attorneys for Bunce D. Atkinson, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE:<br><br>VARUN MALIK,<br><br>Debtor. | Chapter 7<br><br>CASE NO: 22-11708<br><br>*Civil Action*<br><br>**STIPULATION EXTENDING DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS AND TO EXTEND THE TIME FOR FILING THE MOTION TO DISMISS PURSUANT TO 11 U.S.C. 707(b)** |
|---|---|

The first meeting of creditors, having been scheduled, and the Debtor, by and through Debtor's attorney, having requested that the matter be adjourned, the Trustee having consented to the adjournment, the Debtor and the Trustee agree that the time for the filing of a Complaint objecting to the discharge pursuant to 11 U.S.C. 737, or for filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. 523, or for filing the motion seeking to dismiss the Petition pursuant to 11 U.S.C. 707(b) be and hereby are extended for a period of 120 days, through and including April 15, 2023, following the conduct and completion of the first meeting of creditors.

| BRUCE H. LEVITT, ESQ.<br>Attorney for the Debtor<br><br>By: /s/ <br>Bruce H. Levitt, Esquire<br><br>Dated: 12/20/22 | THE KELLY FIRM, PC<br>Attorneys for the Trustee<br><br>By:/s/*Bunce D. Atkinson*<br>Bunce D. Atkinson, Esquire<br><br>Dated: December 12, 2022 |
|---|---|