**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ  07960
Telephone: (973) 992-4800
Facsimile:  (973) 992-9125
Mark E. Hall, Esq.
Marissa Kingman, Esq.
mhall@foxrothschild.com
mkingman@foxrothschild.com

*Special Counsel to the Debtor*

In Re:

VARUN MALIK,

Debtor.

Chapter 11

Case No. 22-11708-CMG

Judge:  Hon. Christine M. Gravelle

**NOTICE OF WITHDRAWAL OF FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 29, 2022 THROUGH DECEMBER 12, 2022**

Fox Rothschild LLP, special counsel to the Debtor, hereby withdraws the First and Final Fee Application of Fox Rothschild LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 29, 2022 through December 12, 2022 [Docket No. 196], and requests that the Clerk remove the Application from the Docket.

DATED: December 23, 2022             **FOX ROTHSCHILD LLP**
                                     *Special Counsel to the Debtor*


                                     By:    */s/ Mark E. Hall*
                                            Mark E. Hall, Esq.

141143029.1