| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>VARUN MALIK,<br><br>                     Debtor. | Case No.:   22-11708 (CMG)<br><br>Judge:      Hon. Christine M. Gravelle<br><br>Chapter:    11 |

## ADJOURNMENT REQUEST

1. I, <u>Morris S. Bauer</u>,

   ☒ am the attorney for:  <u>Fulton Bank, N.A.</u>,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:  <u>Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122)</u>

   Current hearing date and time:  <u>January 17, 2023 at 10:00 a.m.</u>

   New date requested:  <u>    February 7, 2023 at 10:00 a.m.    </u>

   Reason for adjournment request:  <u>Fulton Bank, N.A requested of counsel to Swati Batheja and Glenwood an adjournment based on Swati Batheja recently providing additional documents and Fulton Bank, N.A. having requested from counsel possible deposition dates</u>

DM3\9344852.1

<u>as well as Fulton Bank, N.A. in the process of discussing with the chapter 7 trustee the discovery to possibly coordinate efforts in this regard.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: January 6, 2023                                              /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:
☒ Granted                                  New hearing date: 2/7/23 at 10:00 a.m.        ☐ Peremptory
☐ Granted over objection(s)    New hearing date: _____                                              ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**