Order Filed on January 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone: (973) 992-4800<br>Facsimile:  (973) 992-9125<br>Mark E. Hall, Esq.<br>Marissa Kingman, Esq.<br>mhall@foxrothschild.com<br>mkingman@foxrothschild.com<br><br><br>*Special Counsel to the Debtor* | |
| In Re:<br><br>VARUN MALIK,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 22-11708-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

### ORDER AUTHORIZING REDACTION OF EXHIBIT 1 TO EXHIBIT A OF FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR <u>THE PERIOD FROM JULY 29, 2022 THROUGH DECEMBER 12, 2022</u>

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: January 17, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

141143496.1

Page 2
DEBTOR: Varun Malik
CASE NO: 22-11708-CMG
CAPTION: ORDER AUTHORIZING REDACTION OF EXHIBIT 1 TO EXHIBIT A OF FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 28, 2021 THROUGH APRIL 14, 2022

Upon the *Application to Authorize Redaction of Exhibit 1 to Exhibit A of First and Final Application (the "Fee Application") of Fox Rothschild LLP as Special Counsel to the Debtor for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 29, 2022 through December 12, 2022* (the "Application"); and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2):

**IT IS HEREBY ORDERED** that:

1. The Application is granted as provided herein.

2. Exhibit 1 to Exhibit A of the Fee Application is hereby redacted and removed from the Docket in this proceeding.

3. Fox Rothschild will file a redacted version of the Fee Application immediately, if such filing has not already been docketed.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

141143496.1