UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Michael A. Artis, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Michael.A.Artis@usdoj.gov

In Re:

Varun Malik,

Debtor.

Order Filed on January 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-11708 (CMG)

Chapter: 7

Hearing Date: January 17, 2023, at 2:00 p.m.

Judge: Christine M. Gravelle

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby ORDERED.

**DATED: January 17, 2023**

*[signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Varun Malik

Chapter 7 Case No. 22-11708 (CMG)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

Upon consideration of the United States Trustee's motion, by and through counsel, for an order extending the time for the United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3), or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **March 16, 2023;** and it is further

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727.