| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **FOX ROTHSCHILD LLP** <br> 49 Market Street <br> Morristown, NJ 07960 <br> Telephone: (973) 992-4800 <br> Facsimile: (973) 992-9125 <br> Mark E. Hall, Esq. <br> Marissa Kingman, Esq. <br> mhall@foxrothschild.com <br> mkingman@foxrothschild.com <br><br> *Special Counsel to the Debtor* |
| In Re: <br><br> VARUN MALIK, <br><br> Debtor. |

Order Filed on January 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 22-11708-CMG

Judge: Hon. Christine M. Gravelle

### ORDER AUTHORIZING REDACTION OF EXHIBIT 1 TO EXHIBIT A OF FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR <u>THE PERIOD FROM JULY 29, 2022 THROUGH DECEMBER 12, 2022</u>

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: January 17, 2023**

*[signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

141143496.1

Page 2
DEBTOR: Varun Malik
CASE NO: 22-11708-CMG
CAPTION: ORDER AUTHORIZING REDACTION OF EXHIBIT 1 TO EXHIBIT A OF FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 28, 2021 THROUGH APRIL 14, 2022

Upon the *Application to Authorize Redaction of Exhibit 1 to Exhibit A of First and Final Application (the "Fee Application") of Fox Rothschild LLP as Special Counsel to the Debtor for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 29, 2022 through December 12, 2022* (the "Application"); and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2):

**IT IS HEREBY ORDERED** that:

1. The Application is granted as provided herein.

2. Exhibit 1 to Exhibit A of the Fee Application is hereby redacted and removed from the Docket in this proceeding.

3. Fox Rothschild will file a redacted version of the Fee Application immediately, if such filing has not already been docketed.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

141143496.1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-11708-CMG
Varun Malik                                                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 2
Date Rcvd: Jan 17, 2023        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2023           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |

Case 22-11708-CMG    Doc 205    Filed 01/19/23    Entered 01/20/23 00:19:06    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov |
| Jill Manzo | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | on behalf of Spec. Counsel Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Morris S. Bauer | on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Plaintiff FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| R. A. Lebron | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 24