| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* |

|  |  |  |
|---|---|---|
| In Re:<br><br>VARUN MALIK,<br><br><br>Debtor. | Case No.:<br><br>Judge:<br><br>Chapter: | 22-11708 (CMG)<br><br>Hon. Christine M. Gravelle<br><br>11 |

## ADJOURNMENT REQUEST

1. I, <u>Morris S. Bauer</u>,

    ☒ am the attorney for:    <u>Fulton Bank, N.A.                                            </u>,

    ☐    am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  <u>Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122)</u>

    Current hearing date and time:  <u>February 7, 2023 at 10:00 a.m.</u>

    New date requested:  <u>         March 14, 2023 at 10:00 a.m.                          </u>

    Reason for adjournment request:  <u>Fulton Bank, N.A requested of counsel to Swati Batheja and Glenwood a further adjournment based on Fulton Bank, N.A. having requested from counsel possible in-person or zoom deposition dates, preferably the former, as well as</u>

DM3\9413794.1

<u>Fulton Bank, N.A. being in the process of discussing with the chapter 7 trustee the discovery to possibly coordinate efforts in this regard.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 3, 2023                    /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:
☒ Granted             New hearing date: March 14, 2023 at 10:00 a.m.    ☐ Peremptory
☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

DM3\9413794.1