**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ  07960
Telephone: (973) 992-4800
Facsimile:  (973) 992-9125
Mark E. Hall, Esq.
Marissa Kingman, Esq.
mhall@foxrothschild.com
mkingman@foxrothschild.com

*Special Counsel to the Debtor*

Order Filed on February 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VARUN MALIK,

Debtor.

Chapter 11

Case No. 22-11708-CMG

Judge:  Hon. Christine M. Gravelle

**ORDER ALLOWING FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 29, 2022 THROUGH DECEMBER 12, 2022**

The relief set forth on the following page numbered two (2), is hereby **ORDERED.**

**DATED: February 7, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

139719100.2

Page 2
DEBTOR: Varun Malik
CASE NO: 22-11708-CMG
CAPTION: ORDER ALLOWING FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 9, 2022 THROUGH DECEMBER 12, 2022

Upon the *First and Final Application Fox Rothschild LLP as Special Counsel to the Debtor for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 29, 2022 through December 12, 2022,* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor:

**IT IS HEREBY ORDERED** that:

1. The Application is granted as provided herein.

2. Fox Rothschild LLP is allowed a first and final allowance of compensation for services rendered to the Debtor in the sum of $64,099.20 and reimbursement for costs incurred in the sum of $162.44 for the period of July 29, 2022 through December 12, 2022 (the "Fee Period").

3. Fox Rothschild LLP will only seek recovery for fees in this case as Special Counsel to the Debtor from Harbans Lal Malik, the Debtor's father, as noted in the Supplemental Declaration of Marissa Kingman, Esq. in Support of Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Fox Rothschild LLP as Special Counsel to the Debtor Nunc Pro Tunc to July 29, 2022 [D.I. 139, para. 5]. To be clear, Fox will not seek any

139719100.2

Page 3
DEBTOR: Varun Malik
CASE NO: 22-11708-CMG
CAPTION: ORDER ALLOWING FIRST AND FINAL APPLICATION OF FOX ROTHSCHILD LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 9, 2022 THROUGH DECEMBER 12, 2022

recovery for fees and shall not be entitled to payment of any fees in this case from the Debtor's estate.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

139719100.2