McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQUIRE
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR VILLAGE GATE AT EDISON CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE |
| VARUM MALIK | CASE NO.: 22-11708-CMG |
| Debtor. | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |

TO:   CLERK, UNITED STATES BANKRUPTCY COURT
      402 East State Street
      Trenton, NJ 08608
      Telephone: 609-989-2200

      Varum Malik
      c/o Bruce H Levitt
      Levitt & Slafkes, P.C.
      515 Valley Street, Suite 140
      Maplewood, NJ 07040

      TRUSTEE
      Trustee
      Bunce Atkinson
      Bunce D. Atkinson, Chapter 7 Trustee
      1011 Highway 71
      Suite 200
      Spring Lake, NJ 07762

      U.S. TRUSTEE
      US Dept of Justice
      Office of the US Trustee
      One Newark Center Ste 2100
      Newark, NJ 07102

1

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Village Gate at Edison Condominium Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

McGOVERN LEGAL SERVICES, LLC<br>
Attorneys for Village Gate at Edison Condominium Association, Inc.

DATED: March 8, 2023                By:   /s/ William H. Brosha
                                          WILLIAM H. BROSHA, ESQ.

## CERTIFICATION OF SERVICE

I, William H. Brosha, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on March 8, 2023

DATED: March 8, 2023   By:   /s/ William H. Brosha
WILLIAM H. BROSHA, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

Varum Malik
c/o Bruce H Levitt
Levitt & Slafkes, P.C.
515 Valley Street, Suite 140
Maplewood, NJ 07040

TRUSTEE
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102