Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−11708−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Varun Malik
  21 Maida Road
  Edison, NJ 08820

Social Security No.:
  xxx−xx−2287

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Brian Hofmeister the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on March 21, 2023.

Brian W. Hofmeister, SubChapter V Trustee
Law Firm of Brian W. Hofmeister, LLC
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, NJ 08648


Dated: March 23, 2023
JAN: pbf

                                                          Jeanne Naughton
                                                          Clerk