| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>VARUN MALIK,<br><br>                             Debtor. | Case No.:    22-11708 (CMG)<br><br>Judge:       Hon. Christine M. Gravelle<br><br>Chapter:     11 |

## ADJOURNMENT REQUEST

1.    I, <u>Morris S. Bauer</u>,

☒ am the attorney for:   <u>Fulton Bank, N.A.</u>,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: <u>Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122)</u>

Current hearing date and time: <u>April 18, 2023 at 10:00 a.m.</u>

New date requested: <u>       May 16, 2023 at 10:00 a.m.</u>

Reason for adjournment request: <u>Fulton Bank, N.A requested of counsel to Swati Batheja and Glenwood a further adjournment based on being in the process of discussing with the chapter 7 trustee the discovery to possibly coordinate efforts in this regard and the Debtor's</u>

<u>most recently scheduled continued 341 hearing having been further continued to May 10, 2023.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 14, 2023    /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:
☒ Granted    New hearing date: May 16, 2023 at 10:00 a.m.    ☐ Peremptory
☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**