**LEVITT & SLAFKES, P.C.**
**515 Valley Street - Suite 140**
**Maplewood, New Jersey 07040**
**Ph:  (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**COUNSEL FOR DEBTOR**
**BY: Bruce H. Levitt, Esq. (BL9302)**

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | : CHAPTER 11 |
|  | : Case No.: 22-11708CMG |
| VARUN MALIK, | : |
|  | : NOTICE OF MOTION TO HOLD |
|  | : FULTON BANK AND DUANE |
| Debtor. | : MORRIS, LLC IN CONTEMPT |
|  | : |

To:  Morris Bauer, Esq.
     Duane Morris
     One Riverfront Plaza
     1037 Raymond Boulevard, Suite 1800
     Newark, NJ 07102
     Attorneys for Fulton Bank, N.A.

Robert Brenner, Esq.
Duane Morris, LLC
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102

**PLEASE TAKE NOTICE** that the undersigned counsel for Varun Malik, the moving party, will move before the Honorable Christine M. Gravelle, United States Bankruptcy Judge, 402 East State Street, Trenton, New Jersey on the 16th  day of May, 2023 at 10:00 a.m. or soon thereafter as counsel may be heard for the entry of an Order holding Fulton Bank, N.A. and the law firm of Duane Morris, LLC in contempt of this Court's Order dated May 27, 2022.

**PLEASE TAKE FURTHER NOTICE** that in support of the instant motion, the undersigned shall rely upon the Verified Application submitted herewith.

Responsive pleadings, if any, shall be filed with the Clerk of the Bankruptcy Court, 402

East State Street, Trenton, NJ 08608and served upon the undersigned within seven (7) days of the return date hereof.

                                            **Levitt & Slafkes, P.C.**
                                            **Attorneys for Debtors**

                                            **By:/s/ Bruce H. Levitt**
                                                **Bruce H. Levitt**

**Dated: April 20, 2023**