**LEVITT & SLAFKES, P.C.**
**515 Valley Street - Suite 140**
**Maplewood, New Jersey 07040**
**Ph: (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**COUNSEL FOR DEBTOR**
**BY: Bruce H. Levitt, Esq. (BL9302)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | Case No.: 22-11708CMG |
| VARUN MALIK, | : | |
| | : | VERIFIED APPLICATION IN |
| | : | SUPPORT OF MOTION FOR |
| Debtor. | : | CONTEMPT |
| | : | |

Debtor, Varun Malik, by way of this Verified Application in Support of Motion for Contempt says as follows:

**FACTUAL BACKGROUND**

1. Your applicant filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 3, 2022.

2. The case was converted to Chapter 7 on September 15, 2022.

3. On May 27, 2022, the Court entered an Order on Debtor's Motion to Modify Fed. R. Bankr. P. 2004 Subpoena Issued by Fulton Bank, N.A. Directed to Varun Malik Pursuant to D.N.J. LBR 2004-1(d) and 11 U.S.C. § 105(a); Entering Protective Order in Light of the Pending Proceedings; and Other Related Relief (hereinafter "the May 27, 2022 Order"). A copy of that Order is attached hereto as Exhibit A.

4. The May 27, 2022 Order specifically provided in paragraph

7 that "Any discovery produced in connection with the Examination, including but not limited to the Documents, shall not by used by Fulton Bank or any third party in any case or action except for the instant Bankruptcy Case without further Order from this Court".

5. During the course of this proceeding, Fulton Bank obtained bank account statements from TD Bank and PNC Bank that were utilized in connection with my Rule 2004 Examination.

6. On February 3, 2023 Fulton Bank, through its counsel Duane Morris, LLP filed a Motion for Summary Judgment in the Superior Court of the State of New Jersey the matter of Fulton Bank, N.A. v. Textile Décor USA, Inc. and Varun Malik, Docket No. SOM-L-265-21. Attached to the Certification of Robert Brener in Support of Fulton Bank, N.A.'s Motion for Summary Judgment filed in that matter are TD and PNC bank statements that were produced in discovery in this matter and used in connection with my Rule 2004 Examination. The Certification of Robert Brener and relevant exhibits are attached hereto as Exhibit B. The court is specifically directed to Exhibits H through M of that Certification which have been provided. Those documents were also referred to in Fulton Bank's Statement of Undisputed Material Facts and Brief in that proceeding.

7. The use of Exhibits H through H and references to their contents in the State Court litigation is in blatant disregard of this Court's May 27, 2022 Order.

8. Your Applicant now moves before this Court to hold Fulton Bank and the law firm of Duane Morris, LLC in contempt of court for violating the May 27, 2022 Order.

## STANDARD FOR CONTEMPT

9. To establish contempt, the moving party must prove the following three elements by clear and convincing evidence: (1) the existence of a valid order of the court; (2) the knowledge of the defendant of the order and (3) that the defendant disobeyed the order. In re Baker, 195 B.R. 309, 317 (Bankr. D.N.J. 1996).

10. Here, there can be no dispute that the May 27, 2022 Order was a valid order of the Court, that Defendant and its counsel had knowledge of the order and the order was disobeyed when the documents were submitted to the state court.

11. Once established, the court can award compensatory damages, impose a fine or damages to enforce compliance, and award attorney fees. Id. at 321.

## RELIEF REQUESTED

12. Your applicant is represented by Weiner Law Group, LLP, in the state court matter. To date, that firm has incurred $51,670.70 in addressing the motion for summary judgment. A summary of the time and expenses is attached hereto as Exhibit C. More detailed time entries will be submitted to the court in camera as directed.

13. In addition, your Applicant has incurred attorney fees to the law firm of Levitt & Slafkes, P.C. in connection with this motion. Your applicant requests permission to file a certification of services at the conclusion of the hearing on this motion and that respondents be compelled to pay those fees.

14. Your Applicant further requests this Court to Order that Fulton Bank and Duane Morris, LLC withdraw all references to the relevant exhibits from the state court proceeding and enjoin them from utilizing them in the future. It is further requested that the Court direct Duane Morris, LLC to file a copy of the Order and any decision in this matter with the state court for clarification as to why the exhibits are being withdrawn.

15. Finally, your Applicant requests that this court impose a fine against Fulton Bank and/or Duane Morris, LLC for their willful violation of this Court's May 27, 2022 Order.

WHEREFORE, your Applicant respectfully requests that this Court enter the relief prayed for herein.

LEVITT & SLAFKES, P.C.
Attorneys for Debtor

By:/s/Bruce H. Levitt
Bruce H. Levitt

Dated: April 20, 2023

## VERIFICATION

The undersigned hereby verifies under penalty of perjury
that factual assertions set forth in the within Application are
truthful and accurate to the best of my knowledge

_____
Varun Malik

Dated: April 20, 2023

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption In Compliance With D.N.J. LBR 9004-1(b)

**DUANE MORRIS LLP**
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: (973) 424-2037
E-mail: msbauer@duanemorris.com

*Counsel for Fulton Bank, N.A.*

Order Filed on May 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. 22-11708 CMG |
|---|---|
| **VARUN MALIK,** | Judge: Hon. Christine M. Gravelle |
| Debtor. | Chapter 11 |

### ORDER ON DEBTOR'S MOTION TO MODIFY FED. R. BANKR. P. 2004 SUBPOENA ISSUED BY FULTON BANK, N.A. DIRECTED TO VARUN MALIK PURSUANT TO D.N.J. LBR 2004-1(d) AND 11 U.S.C. § 105(a); ENTERING PROTECTIVE ORDER IN LIGHT OF THE PENDING PROCEEDINGS; AND OTHER RELATED RELIEF

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

DATED: May 27, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 3
Debtor:       Varun Malik
Case No.:    Case No. 22-11708 CMG
Caption: Order On Debtor's Motion To Modify Fed. R. Bankr. P. 2004 Subpoena Issued By Fulton Bank, N.A. Directed To Varun Malik Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a); Entering Protective Order In Light Of The Pending Proceedings; And Other Related Relief

This matter having been opened to the Court by Varun Malik (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., in the above-captioned bankruptcy case (the "Bankruptcy Case"), on the Debtor's Motion for Order Modifying Fed. R. Bankr. P. 2004 Subpoena Issued By Fulton Bank, N.A. Directed To Varun Malik Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. § 105(a); Entering Protective Order In Light Of The Pending Proceedings; And Other Related Relief (the "Motion"); and good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition filed by Fulton Bank, N.A. (the "Fulton Bank"), by and through its counsel, Duane Morris LLP, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1.       The Motion be and hereby is GRANTED to the extent set forth below.

2.       The Debtor shall produce to Fulton Bank's counsel all documents set forth on Exhibit A attached hereto (the "Documents") two (2) weeks from the entry date of the within Order.

3.       The Debtor shall appear for a 2004 examination at the Newark office of Duane Morris LLP on a mutually acceptable date, but no later than four (4) weeks from the entry date of the within Order (the "Examination").

4.       The Debtor shall appear in-person at the Newark office of Duane Morris LLP for at least four (4) hours of the first day of the Examination and, if requested, may appear for the

Page 3 of 3
Debtor:        Varun Malik
Case No.:      Case No. 22-11708 CMG
Caption: Order On Debtor's Motion To Modify Fed. R.  Bankr. P. 2004 Subpoena Issued By
Fulton Bank, N.A. Directed To Varun Malik Pursuant To D.N.J. LBR 2004-1(d) And 11 U.S.C. §
105(a); Entering Protective Order In Light Of The Pending Proceedings; And Other Related Relief

second four (4) hours of the first day remotely via Zoom and/or other audio-video conferencing

methods.

5.    In the event that the Examination is to continue for more than one (1) eight (8) hour

day, whether by agreement of the Debtor and Fulton Bank or as directed by the Court, then such

continuation will be conducted remotely via Zoom and/or other audio-video conferencing

methods.

6.    The Debtor's counsel and other parties in interest are not required to appear at the

Examination in-person and may appear remotely via Zoom and/or other audio-video conferencing

methods.

7.    Any discovery produced in connection with the Examination, including but not

limited to the Documents, shall not be used by Fulton Bank or any third party in any case or action

except for the instant Bankruptcy Case without further Order from this Court.

# EXHIBIT A

## <u>RIDER</u>

1   Tax Returns for years: 2018, 2019, 2020 and 2021;

2   Bank Statements for years 2018, 2019, 2020, 2021 and 2022, including your bank accounts, if any, with Citibank, Habib American Bank, Amboy Bank;

3   Copies of documents relating to the sale, transfer, purchase or acquisition of your ownership or any other type of interest you may have in any real estate, stock or other type of ownership interest, including with respect to HLM Koncept LLC, 44 Denise Drive, Edison, NJ, 1 Skytop Road, Edison, NJ, 21 Maida Road, Edison, NJ, RDM Concepts Holdings, Inc., 21 Model Town, Panipat, India, Malik Fabrics Private Limited;

4   Copies of any personal financial statements provided to any persons during the years 2018, 2019, 2020, 2021 and 2022; and,

5   Copies of any loan applications loan documents or guarantees in which you were a party to during the years 2019, 2020 and 2021, including U.S. Small Business Administration, TD Bank and HSBC.

# EXHIBIT B

**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
Robert J. Brener, Esq. (ID# 042671992)
Morris S. Bauer, Esq. (ID# 039711990)
Matthew M. Caminiti, Esq. (ID# 212782018)
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102-5429
T: (973) 424-2000
F: (973) 424-2001

*Attorney for Plaintiff/Counterclaim-Defendant*
*Fulton Bank, N.A.*

| | |
|---|---|
| FULTON BANK, N.A., | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY |
| Plaintiff/Counterclaim-Defendant, | Docket No. SOM-L-265-21 |
| v. | **CERTIFICATION OF ROBERT BRENER** |
| TEXTILE DÉCOR USA, INC. and VARUN<br>MALIK. | **IN SUPPORT OF FULTON BANK, N.A.'S**<br>**MOTION FOR SUMMARY JUDGMENT** |
| Defendants/Counterclaim-Plaintiffs. | |

I, Robert J. Brener, Esq., certify as follows:

1.      I am a member of the Bar of the State of New Jersey in good standing and a partner of the law firm of Duane Morris LLP, counsel for Plaintiff/Counterclaim-Defendant Fulton Bank, N.A. ("Fulton Bank") in the above-captioned matter.

2.      I am familiar with the facts and issues in this action and submit this Certification in support of Fulton Bank's Motion for Summary Judgment on the direct claims against Defendants and, to the extent they are pending, on the Counterclaims filed by Defendants/Counterclaim-Plaintiffs Textile Décor USA, Inc. ("Textile Décor") and Varun Malik ("Malik") (collectively, "Defendants").

3.      On February 23, 2021, Fulton Bank filed a Verified Complaint by Order to Show
Cause against Defendants asserting causes of action for replevin (Count One), breach of loan
agreements (Count Two), breach of guaranty agreement (Count Three). (LCV2021416091).

4.      On March 17, 2021, the Hon. Thomas C. Miller, A.J.S.C., issued an Order granting
Fulton Bank a Writ of Replevin pursuant to New Jersey Court Rule 4:61-1(a). (LCV2021582197).

5.      The Writ of Replevin was subsequently granted on March 22, 2021.
(LCV2021766856).

6.      On April 12, 2021, Defendants filed an Answer to the Verified Complaint in which
they asserted Counterclaims for violations of 15 U.S.C. § 1691, *et seq.*, and/or 12 C.F.R. § 202.7,
the Equal Credit Opportunity Act ("ECOA") (Count I), breach of the covenant of good faith and
fair dealing (Count II), and promissory estoppel (Count II). (LCV2021945339). A true and correct
copy of Defendants' April 12, 2021 Answer is annexed hereto as **Exhibit A**.

7.      On July 21, 2021, Fulton Bank filed a Motion for Leave to File an Amended
Complaint. (LCV20211714343). On September 28, 2021, the Court issued an Order granting
Fulton Bank's Motion for Leave to Amend the Complaint. (LCV20212252178).

8.      On October 8, 2021, Fulton Bank filed an Amended Complaint adding a claim for
fraud stemming from Defendants' material misrepresentations about Textile Décor's financial
condition (i) at the inception of the Loan Agreements, and (ii) during the course of the loan
relationship, particularly the true value of Textile Décor's accounts receivable and inventory.
(LCV20212350342). A true and accurate copy of the Amended Complaint is annexed hereto as
**Exhibit B**.

9.      On March 3, 2022, Malik filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. (LCV2022896876).

10.     Shortly, thereafter on March 14, 2022, Textile Décor filed an Assignment for the Benefit of Creditors in state court pursuant to N.J.S.A. 2A:19 et seq.  (LCV2022858823).

11.     On April 7, 2022, the Bankruptcy Court issued an Order granting Fulton Bank relief from the bankruptcy stay in order to proceed with its claims in this litigation.  A true and correct copy of the Bankruptcy Court's April 7, 2022 Order is annexed hereto as **Exhibit C**.

12.     On April 21, 2022, Defendants filed an Answer to the Amended Complaint. (LCV20221623057).   Defendants' Answer to the Amended Complaint did **not** assert any counterclaims.  A true a correct copy of Defendants' April 21, 2022 Answer is annexed hereto as **Exhibit D**.

13.     During a telephone meeting of creditors in Malik's bankruptcy action on December 5, 2022, Malik repeatedly invoked his Fifth Amendment right against self-incrimination.  A true and accurate copy of the transcript is annexed hereto as **Exhibit E**.

14.     Between June 2020 and December 2021, Textile Décor obtained Economic Injury Disaster Loans in the aggregate amount of $2,000,000 (the "EIDLs") that United States Small Business Administration (the "SBA") the issued to and was secured by assets of Textile Décor, and a Paycheck Protection Program loan ("PPP Loan") issued to Textile Décor in the amount of $187,500. Malik guaranteed the loans. The SBA has filed a proof of claim in the Malik bankruptcy action that contains a summary of the loans and the loan documents.  A true and accurate copy of the proof of claim is annexed hereto as **Exhibit F**.

3

15.     During a telephone meeting of creditors in Malik's bankruptcy action on March 31, 2022, Malik stated that Textile Décor had no income or operations since February 2021. A true and accurate copy of the transcript is annexed hereto as **Exhibit G**

16.     However, Textile Décor applied for the bulk of its EIDL disbursements – $1.85 million of $2 million total – _**after**_ February 2021. *See* Ex. F.

17.     Malik withdrew or redirected the EIDL proceeds intended for Textile Décor to personal accounts, some of which were in India as follows:

    a.  On July 27, 2020 Malik received the initial EIDL disbursement of $149,900 from the SBA in a personal TD Bank account and then on August 5, 2020 deposited nearly all of it into a personal PNC account. A true and accurate copy of the account transactions are annexed hereto as **Exhibits H-J**.

    b.  On August 16, 2021 (months after Malik certified that Textile Décor ceased operations in February 2021) Malik increased the EIDL to $500,000 and on August 20, 2021 put $350,000 of it in a another personal PNC account. A true and accurate copy of the account transaction is annexed hereto as **Exhibit K**.

    c.  On December 16, 2021 Malik increased the EIDL to $2,000,000 and on December 23, 2021 put $1,5000,000 in a PNC personal account. A true and accurate copy of the account transaction is annexed hereto as **Exhibit L**.

    d.  Thereafter in mid February 2022, Malik transferred $1,099,798.50 to his personal accoun in India. A true and accurate copy of the account transactions are annexed hereto as **Exhibit M**.

18.     Malik neither disclosed these accounts and these transfers in his Statement of Financial Affairs which was filed with the Bankruptcy Court, as he was required to do, nor produced the underlying statements as required by a May 27, 2022 Bankruptcy Court Order. A true and correct copy of the Statement of Financial Affairs is annexed as **Exhibit N**.

4

19.     On August 29, 2022, the Bankruptcy Court entered an Order compelling Malik to provide to Fulton Bank statements from a personal bank account in India for the years 2018 to the present.  A true and correct copy of the Bankruptcy Court's August 29, 2022 Order is annexed hereto as **Exhibit O**.

20.     On September 6, 2022, Malik filed a certification invoking his Fifth Amendment right and refusing to provide discovery and/or documents in connection with the August 29 Order. A true and accurate copy of Malik's September 6, 2022 certification is annexed hereto as **Exhibit P**.

21.     Fulton Bank filed an action against H.N. International Group, Inc. ("HNI") in New Jersey state court, *Fulton Bank, N.A. v. HN International, Inc.* (Docket No. MID-L-6627-21).  HNI is owned by Malik's brother Nagesh Malik.  A true and correct copy of the Complaint filed in that action is annexed hereto as **Exhibit Q**.

22.     In connection with that action, HNI produced Chase Bank statements from October and November 2021 that purported to show payment from account debtors.  A true and correct copy of the bank statements are annexed hereto as **Exhibit R**.

23.     Fulton Bank suspected the bank statements were doctored and are phony.  Upon conveying that belief to HNI's counsel, Riker Danzig Scherer Hyland & Perretti LLP the firm withdrew from the action.  A true and accurate copy of Riker Danzig's withdrawal of representation is annexed hereto as **Exhibit S**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

By:   *s/ Robert J. Brener*
Robert J. Brener, Esq.

Dated:  February 3, 2023

DM3\9352544.1

# EXHIBIT H



## TD Bank

**America's Most Convenient Bank®**    T    STATEMENT OF ACCOUNT



TEXTILE DECOR USA INC
60 JIFFY RD
SOMERSET NJ 08873-3438

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | 4312812848-713-T-### |
| Primary Account #: | 431-2812848 |

**Upcoming REG CC Changes Effective July 1, 2020**

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com.

## TD Business Simple Checking

TEXTILE DECOR USA INC                                      Account # 431-2812848

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 48.38 | Average Collected Balance | 9,482.22 |
| Electronic Deposits | 152,614.45 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,660.65 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 150,631.40 | Days in Period | 31 |
| Ending Balance | -629.22 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | eTransfer Credit, Online Xfer Transfer from CK 4344393098 | 1,400.00 |
| 07/15 | eTransfer Credit, Online Xfer Transfer from CK 4344393098 | 300.00 |
| 07/16 | CCD DEPOSIT, HOME DEPOT 0537 EDI PAYMNT 2001152304 | 100.07 |
| 07/20 | CCD DEPOSIT, HOME DEPOT 0537 EDI PAYMNT 2001406756 | 107.30 |
| 07/21 | CCD DEPOSIT, HOME DEPOT 0537 EDI PAYMNT 2001581807 | 46.81 |
| 07/23 | CCD DEPOSIT, HOME DEPOT 0537 EDI PAYMNT 2001628210 | 54.15 |
| 07/27 | CCD DEPOSIT, SBAD TREAS 310   MISC PAY 397069800373000 | 149,900.00 |
| 07/27 | CCD DEPOSIT, HOME DEPOT 0537 EDI PAYMNT 2001785156 | 706.12 |
| | Subtotal: | 152,614.45 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | TD BILL PAY SERV, INDEPENDENCE BC ONLINE PMT TDB452272968POS | 1,269.25 |
| 07/22 | ELECTRONIC PMT-WEB, CITI AUTOPAY PAYMENT 080175474801426 | 122.15 |
| 07/31 | TD BILL PAY SERV, INDEPENDENCE BC ONLINE PMT TDB452272968POS | 1,269.25 |
| | Subtotal: | 2,660.65 |

## How to Balance your Account

**Page:**    2 of 3

**Begin by adjusting your account register as follows:**

Subtract any services charges shown on this statement.

Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

Add any interest earned if you have an interest-bearing account.

Add any automatic deposit or overdraft line of credit.

Review all withdrawals shown on this statement and check them off in your account register.

Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | -629.22 |
| Total Deposits + | |
| Sub Total | |
| Total Withdrawals - | |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

    Your name and account number.
    A description of the error or transaction you are unsure about.
    The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

    Your name and account number.
    The dollar amount of the suspected error.
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

TEXTILE DECOR USA INC

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Jul 01 2020-Jul 31 2020 |
| Cust Ref #: | 4312812848-713-T-### |
| Primary Account #: | 431-2812848 |

---

DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | OVERDRAFT PD | 35.00 |
| 07/29 | DEBIT | 144,096.40 |
| 07/29 | DEBIT | 6,500.00 |
| | Subtotal: | 150,631.40 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 48.36 | 07/21 | 698.31 |
| 07/02 | -1,220.87 | 07/22 | 576.16 |
| 07/03 | -1,255.87 | 07/23 | 630.31 |
| 07/15 | 444.13 | 07/27 | 151,236.43 |
| 07/16 | 544.20 | 07/29 | 640.03 |
| 07/20 | 651.50 | 07/31 | -629.22 |

# EXHIBIT I

## PNCBANK

FORM 162269

ACCOUNT NUMBER    REGIONAL ID

8047461 249

☑ CASH ►

CHECKS

CHECK OR
TOTAL FROM
OTHER SIDE ►

FOR CREDIT TO THE ACCOUNT NAMED HEREON

DATE  08/05/20

SUB TOTAL ►

NAME  VARUN MALIK

LESS CASH
RECEIVED ►

☐ CHECKING   ☐ SAVINGS   FORM 162269
☐ CONSUMER   ☐ BUSINESS

NET DEPOSIT $  144096.40

THIS DEPOSIT IS ACCEPTED SUBJECT TO VERIFICATION AND TO THE RULES AND REGULATIONS OF THIS BANK
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

⑆6409⑈9910⑈

20200805  005100249240  06000023007

20200805  005100249240  06000023007

2022061444000454000001
IMAMGR S3
20200805 Arch 00000000051249240
000000000014409640 000000000000 C
000000008047461249


Lauren Chounet



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK | OFFICIAL CHECK | HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

2022061444000454000001
IMAMGR S3
20200805 Arch 000000000051249240
00000000014409640 000000000000 C
000000008047461249


Lauren Chounet

# EXHIBIT J

# Performance Select Statement

PNC Bank

|  |  |
|---|---|
| **For the period 07/17/2020 to 08/18/2020** | Primary account number: 80-4746-1249 |
|  | Page 1 of 1 |
|  | Number of enclosures: 0 |

VARUN MALIK
44 DENISE DR
EDISON NJ 08820-4602

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ For customer service call 1-888-PNC-BANK
    For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## Performance Select
## Premium Money Market Account Summary

**Account number: 80-4746-1249**

VARUN MALIK

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 908.04 | 144,146.92 | .00 | 145,054.96 |
|  |  | Average monthly balance | Charges and fees |
|  |  | 62,074.71 | .00 |

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 33 | 57,711.19 | .52 |

As of 08/18, a total of **$.57** in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 07/27 | 50.00 | Twh Auto Transfer From        8025061551 |
| 08/05 | 144,096.40 | Deposit Reference No.  051249240 |
| 08/18 | .52 | Interest Payment |

There were 3 Deposits and Other Additions totaling **$144,146.92**.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/17 | 908.04 | 07/27 | 958.04 | 08/05 | 145,054.44 | 08/18 | 145,054.96 |

SOM-L-000265-21  02/03/2023 9:58:26 PM  Pg 1 of 3  Trans ID: LCV2023454598

# EXHIBIT K

# Virtual Wallet Reserve Statement

PNC Bank

|  |  |
|---|---|
| **For the period 07/27/2021 to 08/24/2021** | Primary account number: 80-7007-1898 |
|  | Page 1 of 2 |
| VARUN MALIK | Number of enclosures: 0 |
| 21 MAIDA RD |  |
| EDISON NJ 08820-2531 |  |

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Important Information:

This information impacts customers who are deaf, hard of hearing, deaf-blind, or have speech disabilities. As PNC seeks to broaden Accessibility options for these customers, we have discontinued Teletypewriter (TTY) and Telecommunication Devices for the Deaf (TDD) services in favor of the many Telecommunications Relay Service (TRS) options available. PNC accepts all TRS calls. There are a variety of TRS options available, and most are free to use. Visit fcc.gov/trs for more information.

## Virtual Wallet Reserve Account Summary

VARUN MALIK

**Account number:** 80-7007-1898

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 500.02 | 350,383.07 | 9,326.00 | 341,557.09 |
|  | Average monthly balance | Charges and fees |  |
|  | 60,281.16 | .00 |  |

## Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Interest Summary

As of 08/24, a total of **$.49** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 29 | 60,281.16 | .47 |

# Virtual Wallet Reserve Statement

🖳 For 24-hour information, sign on to PNC Bank Online Banking
🖳 on pnc.com.

Account number: 80-7007-1898 - continued

**For the period 07/27/2021 to 08/24/2021**
VARUN MALIK
Primary account number: 80-7007-1898
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|------|--------|-------------|
| 08/17 | 382.60 | Online Transfer From    0000008070071871 |
| 08/20 | 350,000.00 | Corporate ACH Sbad Treas 310 397069800373000 |
| 08/24 | .47 | Interest Payment |

There were 3 Deposits and Other Additions totaling **$350,383.07**.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 08/17 | 126.00 | Online Transfer To    0000008070071871 |

There was 1 Online or Electronic Banking Deduction totaling **$126.00**.

### Other Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 08/23 | 9,200.00 | Withdrawal Reference No.  046900974 |

There was 1 Other Deduction totaling **$9,200.00**.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/27 | 500.02 | 08/20 | 350,756.62 | 08/24 | 341,557.09 |
| 08/17 | 756.62 | 08/23 | 341,556.62 | | |

# EXHIBIT L

# Virtual Wallet Reserve Statement

PNC Bank

**For the period 11/24/2021 to 12/23/2021**

VARUN MALIK
21 MAIDA RD
EDISON NJ 08820-2531

Primary account number: 80-7007-1898
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Virtual Wallet Reserve Account Summary

VARUN MALIK

**Account number:** 80-7007-1898

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 246,361.50 | 1,500,001.96 | 120,995.64 | 1,625,367.82 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 238,581.56 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 12 | 0 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 7 | 7 | 0 |

### Interest Summary

As of 12/23, a total of **$9.36** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 30 | 238,581.56 | 1.96 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$1,500,001.96**.

| Date | Amount | Description |
|---|---|---|
| 12/23 | 1,500,000.00 | Corporate ACH Sbad Treas 310 397069800373000 |
| 12/23 | 1.96 | Interest Payment |

# Virtual Wallet Reserve Statement

**For the period 11/24/2021 to 12/23/2021**

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

VARUN MALIK
Primary account number: 80-7007-1898
Page 2 of 2

Account number: 80-7007-1898 - continued

## Banking/Debit Card Withdrawals and Purchases

There were 7 Banking Machine withdrawals totaling **$3,200.00**.

| Date | Amount | Description |
|------|--------|-------------|
| 12/06 | 200.00 | ATM Withdrawal 2014 Route 27 Edison NJ |
| 12/08 | 800.00 | ATM Withdrawal 2014 Route 27 Edison NJ |
| 12/08 | 200.00 | ATM Withdrawal 2014 Route 27 Edison NJ |
| 12/15 | 800.00 | ATM Withdrawal 1240 Stelton Rd Piscataway NJ |
| 12/15 | 200.00 | ATM Withdrawal 1240 Stelton Rd Piscataway NJ |
| 12/20 | 800.00 | ATM Withdrawal 2014 Route 27 Edison NJ |
| 12/20 | 200.00 | ATM Withdrawal 2014 Route 27 Edison NJ |

## Other Deductions

There were 12 Other Deductions totaling **$117,795.64**.

| Date | Amount | Description |
|------|--------|-------------|
| 11/29 | 8,960.00 | Withdrawal Reference No. 048809207 |
| 12/01 | 8,126.00 | Withdrawal Reference No. 052996350 |
| 12/03 | 7,682.00 | Withdrawal Reference No. 050121297 |
| 12/06 | 7,186.00 | Withdrawal Reference No. 051525154 |
| 12/07 | 28,349.24 | Withdrawal Reference No. 052405008 |
| 12/07 | 6,850.00 | Withdrawal Reference No. 052405002 |
| 12/08 | 6,246.00 | Withdrawal Reference No. 048597127 |
| 12/08 | 5,284.00 | Withdrawal Reference No. 049088343 |
| 12/13 | 7,836.00 | Withdrawal Reference No. 053366953 |
| 12/15 | 7,652.00 | Withdrawal Reference No. 047850613 |
| 12/20 | 7,026.00 | Withdrawal Reference No. 049789690 |
| 12/22 | 16,598.40 | Withdrawal Reference No. 051101788 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 11/24 | 246,361.50 | 12/03 | 221,593.50 | 12/08 | 166,478.26 | 12/20 | 141,964.26 |
| 11/29 | 237,401.50 | 12/06 | 214,207.50 | 12/13 | 158,642.26 | 12/22 | 125,365.86 |
| 12/01 | 229,275.50 | 12/07 | 179,008.26 | 12/15 | 149,990.26 | 12/23 | 1,625,367.82 |

# EXHIBIT M

# Standard Checking Statement

PNC Bank

**For the period 01/27/2022 to 02/23/2022**

VARUN MALIK
44 DENISE DR
EDISON NJ 08820-4602

Primary account number: 81-3328-5835
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Standard Checking Account Summary

**Account number:** 81-3328-5835

VARUN MALIK

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

**Overdraft Coverage** - Your account is currently **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking , and select the "Overdraft Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft Protection settings.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 100.00 | 1,099,864.04 | 1,099,798.50 | 165.54 |
| | | Average monthly balance | Charges and fees |
| | | 374,835.49 | 135.00 |

## Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 3 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other Additions totaling **$1,099,864.04**.

| Date | Amount | Description |
|---|---|---|
| 02/02 | 410,598.42 | Deposit Reference No. 048012867 |
| 02/09 | 430,823.20 | Deposit Reference No. 050099620 |
| 02/15 | 258,442.42 | Deposit Reference No. 050041672 |

# Standard Checking Statement

| For 24-hour information, sign on to PNC Bank Online Banking | **For the period 01/27/2022 to 02/23/2022** |
|---|---|
| on pnc.com. | VARUN MALIK |
| Account number: 81-3328-5835 - continued | Primary account number: 81-3328-5835 |
| | Page 2 of 2 |

## Online and Electronic Banking Deductions

There were 3 Online or Electronic Banking Deductions totaling **$959,576.00.**

| Date | Amount | Description |
|---|---|---|
| 02/14 | 1,050.00 | Int'L Wire Out 222Ei06538Xg12S5 |
| 02/17 | 542,896.00 | Int'L Wire Out 222Hi2930Bxeb747 |
| 02/18 | 415,630.00 | Int'L Wire Out 222Ik2625O3Ebxbo |

## Other Deductions

There were 6 Other Deductions totaling **$140,222.50.**

| Date | Amount | Description |
|---|---|---|
| 02/14 | 45.00 | International Wire - Outgoing Fee |
| 02/16 | 51,847.63 | Withdrawal Reference No.  050973265 |
| 02/17 | 79,093.87 | Withdrawal Reference No.  049204637 |
| 02/17 | 45.00 | International Wire - Outgoing Fee |
| 02/18 | 9,146.00 | Withdrawal Reference No.  051931251 |
| 02/18 | 45.00 | International Wire - Outgoing Fee |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/27 | 100.00 | 02/09 | 841,521.62 | 02/15 | 1,098,869.04 | 02/17 | 424,986.54 |
| 02/02 | 410,698.42 | 02/14 | 840,426.62 | 02/16 | 1,047,021.41 | 02/18 | 165.54 |