**LEVITT & SLAFKES, P.C.**
**515 Valley Street - Suite 140**
**Maplewood, New Jersey 07040**
**Ph:  (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**COUNSEL FOR DEBTOR**
**BY: Bruce H. Levitt, Esq. (BL9302)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 11 |
| | Case No.: 22-11708CMG |
| VARUN MALIK, | |
| Debtor. | |

## ORDER ON MOTION TO HOLD FULTON BANK, N.A. AND DUANE MORRIS, LLP IN CONTEMPT OF COURT

The relief set forth on the following pages  is Ordered.

This matter having been opened to the Court on motion of Varun Malik, the Debtor herein, to hold Fulton Bank, N.A. and the law firm of Duane Morris, LLC in contempt of court and the court having considered the papers and arguments of counsel for and against the relief requested, and for good cause shown,

IT IS ON THIS        day of May, 2023;

ORDERED, that Fulton Bank, N.A. and the law firm of Duane Morris, LLC are in contempt of this Court's Order of May 27, 2022; and it is

FURTHER ORDERED, that Fulton Bank, N.A. and the law firm of Duane Morris, LLC are directed to pay actual damages to the Debtor in the amount of $             for their willful violation of this Court's May 27, 2022 Order; and it is

FURTHER ORDERED, that Fulton Bank, N.A. and the law firm of Duane Morris, LLC are directed to pay a fine of $             to the Debtor for their willful violation of the May 27, 2022 Order; and it is

FURTHER ORDERED, that counsel for the Debtor is entitled to reasonable attorney fees incurred in connection with this motion. Counsel for Debtor shall file a Certification of Services in connection with this motion within      days of entry of this Order on notice to Fulton Bank, N.A. and Duane Morris, LLC. Fulton Bank, N.A. and Duane Morris, LLC shall have     days to file any written objection to the fees. The matter of the amount of the fees shall be decided on the papers unless otherwise directed by the Court; and it is

FURTHER ORDERED, Fulton Bank, N.A. and Duane Morris, LLC shall withdraw all references to the relevant exhibits from the state court proceeding and is enjoined from utilizing them in any proceeding other than before this Court; and it is

FURTHER ORDERED, that Duane Morris, LLC shall cause a copy of this Order to be

docketed in the state court matter.