| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbaurer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In Re:<br><br>**VARUN MALIK**,<br><br>      Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 7<br><br>Related to Dkt. No. 224 |

## CERTIFICATION OF SERVICE

1. I,     Morris S. Bauer     :

    ☒ represent the     Fulton Bank, N.A.     in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 9, 2022, I caused a true and correct copy of the following to be served on all counsel of record via the Court's ECF system:

    a. Notice of Motion of Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any Discovery Produced in Connection with the Examination of the Debtor for Any Purpose [Dkt. No. 224];

    b. Fulton Bank, N.A. and Duane Morris LLP's Verified Opposition to the Debtor's Motion to Hold Fulton Bank and Duane Morris, LLC in Contempt; and Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any

DM3\9645031.1

          Discovery Produced in Connection with the Examination of the Debtor for Any Purpose [Dkt. No. 224-1];

    c.    Exhibits A–F [Dkt. Nos. 224-2–224-7]; and

    a.    Proposed Order (1) Denying the Debtor's Motion to Hold Fulton Bank and Duane Morris, LLC in Contempt; and (2) Granting Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any Discovery Produced in Connection with the Examination of the Debtor for Any Purpose [Dkt. No. 224-8].

    3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 10, 2022                              /s/ Morris S. Bauer
                                                                   MORRIS S. BAUER

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102<br>Attn: Margaret McGee, Esq.<br>      Michael A. Artis, Esq.<br>maggie.mcgee@usdoj.gov<br>michael.a.artis@usdoj.gov | Office of the U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bunce Atkinson<br>1011 Hwy. 71, Ste. 200<br>Spring Lake, NJ 07762<br>bunceatkinson@aol.com | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew J. Kelly<br>The Kelly Firm, P.C.<br>Coast Capital Building<br>1011 Hwy. 71, Ste. 200<br>Spring Lake, NJ 07762<br>akelly@kbtlaw.com | Counsel to the Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bruce H. Levitt<br>Levitt & Slafkes, P.C.<br>515 Valley St., Ste. 140<br>Maplewood, NJ 07040<br>blevitt@levittslafkes.com | Counsel to the Debtor, Varun Malik | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Ste. 900<br>Mt. Laurel, NJ 08054-4318<br>dnj@pbslaw.org | Counsel to creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Counsel to creditor PNC Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034<br>rmcdowell@slgcollect.com | Counsel to creditor TD Bank, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Brian W. Hofmeister, Esq.<br>The Law Firm of Brian W. Hofmeister LLC<br>3131 Princeton Pike Bldg. 5, Ste. 110<br>Lawrenceville, NJ 08648<br>bwh@hofmeisterfirm.com | Former Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jill Manzo, Esq.<br>R.A. Lebron, Esq.<br>Fein, Such, Kahn, & Shepard<br>7 Century Dr., Ste. 201<br>Parsippany, NJ 07054<br>bankruptcy@fskslaw.com | Counsel to creditor HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| William H. Brosha, Esq.<br>McGovern Legal Services, LLC<br>850 Caroliner Ln.<br>North Brunswick, NJ 08902<br>collections@theassociationlawyers.com | Counsel to creditor Village Gate at Edison Condominium Association, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Paul S. Doherty III, Esq.<br>Hartmann Doherty Rosa Berman & Bulbulia<br>433 Hackensack Ave., Ste. 1002<br>Hackensack, NJ 07601<br>pdoherty@hdrbb.com | Counsel to interested parties Glenwood Office Furniture II, Ravi Uppal, and Swati Bhatheja | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mark E. Hall, Esq.<br>Fox Rothschild LLP<br>49 Market St.<br>Morristown, NJ 07960 | Special counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eamonn O. Hagan, Esq.<br>Assistant U.S. Attorney<br>970 Broad St., Ste. 700<br>Newark, NJ 07201<br>eamonn.ohagan@usdoj.gov | On behalf of creditor U.S. Small Business Administration | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means authorized by the court through the issuance of an Order Shortening Time.

DM3\9645031.1