| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**MORRIS S. BAUER**<br>**DUANE MORRIS LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2037<br>MSBauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* |

| | |
|---|---|
| In Re:<br><br>VARUN MALIK,<br><br>                              Debtor. | Case No.:   22-11708 (CMG)<br><br>Judge:       Hon. Christine M. Gravelle<br><br>Chapter:    11 |

## ADJOURNMENT REQUEST

1. I, <u>Morris S. Bauer</u>,

   ☒ am the attorney for:   <u>Fulton Bank, N.A.                                                </u>,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:  <u>Motion for the entry of an Order (1) Enforcing Court Order Directing Swati Bhatheja a/k/a Swati Malik To Produce Documents And Appear At A 2004 Examination; (2) Enforcing Court Order Directing Glenwood Office Furniture II To Produce Documents And Appear At A 2004 Examination; (3) Setting Dates For The Continued 2004 Examination Of Varun Malik And Compelling Varun Malik To Produce Documents; (4) Extending Time To Challenge The Dischargeability Of Certain Debts; And (5) Granting Other Related Relief (Dkt. 114), Swati Bhatheja's Cross-Motion for the Entry of an Order Quashing Fed. R. Bankr. P. 2004 Subpoena (Dkt. No. 122)</u>

   Current hearing date and time:  <u>May 16, 2023 at 10:00 a.m.</u>

   New date requested:  <u>         June 13, 2023 at 10:00 a.m.         </u>

   Reason for adjournment request:  <u>Fulton Bank, N.A requested of counsel to Swati Batheja and Glenwood a further adjournment based on being in the process of discussing with the chapter 7 trustee the discovery to possibly coordinate efforts in this regard and the Debtor's most recently scheduled continued 341 hearing has again been continued to June 8, 2023.</u>

2.      Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 11, 2023                          /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:         June 13, 2023 at 10:00 a.m.

☒ Granted                 New hearing date: _____        ☐ Peremptory
☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

DM3\9646753.1