| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | Order Filed on May 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VARUN MALIK**,<br><br>　　　　Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 7 |

**ORDER (1) DENYING THE DEBTOR'S MOTION TO HOLD FULTON BANK AND DUANE MORRIS, LLC IN CONTEMPT AND (2) GRANTING FULTON BANK'S CROSS-MOTION TO AUTHORIZE FULTON BANK AND ANY THIRD PARTY TO USE ANY DISCOVERY PRODUCED IN CONNECTION WITH <u>THE EXAMINATION OF THE DEBTOR FOR ANY PURPOSE</u>**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 16, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:       Varun Malik
Case No.:     Case No. 22-11708 CMG
Caption: Order Denying the Debtor's Motion to Hold Fulton Bank and Duane Morris, LLC in Contempt and Granting Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any Discovery Produced in Connection with the Examination of the Debtor for Any Purpose

This matter having been opened to the Court by Varun Malik (the "Debtor"), by and through his counsel, Levitt & Slafkes, P.C., on the Debtor's *Motion to Hold Fulton Bank and Duane Morris, LLC in Contempt* [Dkt. No. 222] (the "Motion"); and good and sufficient notice of the Motion having been provided; and Fulton Bank, N.A. ("Fulton Bank") and Duane Morris LLP, by and through Fulton Bank's counsel Duane Morris LLP, having filed an opposition to the Motion (the "Opposition"); and Fulton Bank, by and through its counsel Duane Morris LLP, having filed *Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any Discovery Produced in Connection with the Examination of the Debtor for Any Purpose* (the "Cross-Motion"[1]); and the Court having considered the moving papers, the opposition thereto, the Cross-Motion, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is denied in its entirety.

2. The Cross-Motion be and hereby is granted as set forth herein.

3. Fulton Bank and any third party be and hereby are authorized to use any discovery produced in connection with the Examination of the Debtor for any purpose.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the simultaneously filed Opposition and Cross-Motion.