| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption In Compliance With D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | Order Filed on May 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VARUN MALIK**,<br><br>      Debtor. | Case No. 22-11708 CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Chapter 7 |

**ORDER (1) DENYING THE DEBTOR'S MOTION TO HOLD FULTON BANK AND DUANE MORRIS, LLC IN CONTEMPT AND (2) GRANTING FULTON BANK'S CROSS-MOTION TO AUTHORIZE FULTON BANK AND ANY THIRD PARTY TO USE ANY DISCOVERY PRODUCED IN CONNECTION WITH <u>THE EXAMINATION OF THE DEBTOR FOR ANY PURPOSE</u>**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 16, 2023**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Page 2 of 2

Debtor:        Varun Malik

Case No.:      Case No. 22-11708 CMG

Caption: Order Denying the Debtor's Motion to Hold Fulton Bank and Duane Morris, LLC in Contempt and Granting Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any Discovery Produced in Connection with the Examination of the Debtor for Any Purpose

This matter having been opened to the Court by Varun Malik (the "Debtor"), by and through his counsel, Levitt & Slafkes, P.C., on the Debtor's *Motion to Hold Fulton Bank and Duane Morris, LLC in Contempt* [Dkt. No. 222] (the "Motion"); and good and sufficient notice of the Motion having been provided; and Fulton Bank, N.A. ("Fulton Bank") and Duane Morris LLP, by and through Fulton Bank's counsel Duane Morris LLP, having filed an opposition to the Motion (the "Opposition"); and Fulton Bank, by and through its counsel Duane Morris LLP, having filed *Fulton Bank's Cross-Motion to Authorize Fulton Bank and Any Third Party to Use Any Discovery Produced in Connection with the Examination of the Debtor for Any Purpose* (the "Cross-Motion"[1]); and the Court having considered the moving papers, the opposition thereto, the Cross-Motion, and the arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion be and hereby is denied in its entirety.

2. The Cross-Motion be and hereby is granted as set forth herein.

3. Fulton Bank and any third party be and hereby are authorized to use any discovery produced in connection with the Examination of the Debtor for any purpose.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the simultaneously filed Opposition and Cross-Motion.

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 22-11708-CMG

Varun Malik      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: May 17, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com

Brian W. Hofmeister
    on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com

Bruce H Levitt
    on behalf of Defendant Varun Malik blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
    on behalf of Debtor Varun Malik blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Jill Manzo
    on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com

Joseph M. Shapiro
    on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall
    on behalf of Spec. Counsel Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Plaintiff FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

R. A. Lebron
    on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Village Gate at Edison Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 25