UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Kelly Firm, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, NJ 07762-2030
(732) 449-0525; Fax (732) 449-0592
Attorneys for Bunce D. Atkinson, Ch 7 Trustee

Case No.: _____22011708_____

Chapter: _____7_____

In Re:

VARUN MALIK,

                                Debtor.

Adv. No.: _____

Hearing Date: _____

Judge: _____CMG_____

## CERTIFICATION OF SERVICE

1. I, _____Tricia E. DeRasmo_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ____Bunce D. Atkinson, Esquire____, who represents

   _____Chapter 7 Trustee_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____October 6, 2023_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Application for Retention of Professional; Certification of Professional in Support of
   Application for Retention of Professional and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____10/6/23_____

/s/Tricia E. DeRasmo_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee<br>US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>Attn: Margaret McGee | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce H. Levitt, Esquire<br>Levitt & Slafkes, PC<br>515 Valley Street, Suite 140<br>Maplewood, NJ 07040 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Varun Malik<br>21 Maida Road<br>Edison, NJ 08820 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Gagliano, MAI, CRE<br>Gagliano & Company<br>287 Rumson Road<br>Little Silver, NJ 07739 | proposed Appraiser | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Attorney for Secured Creditor, HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| HSBC Bank USA, N.A.<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8945 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Duane Morris, LLP<br>Morris S. Bauer, Esquire<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, NJ 07102 | Attorneys for Fulton Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Saldutti Law Group<br>Rebecca K. McDowell, Esq.<br>1040 N. Kings Highway<br>Ste 100<br>Cherry Hill, NJ 08034 | Attorney for TD Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106 | Attorney for PNC Bank, National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph M. Shapiro, Esquire<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, NJ 07081 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jill A. Manzo, Esquire<br>Fein, Such, Kahn & Shepard, P.C.<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | Attorneys for HSBC Bank USA, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William H. Brosha, Esquire<br>McGovern Legal Services, LLC<br>850 Carolier Lane<br>North Brunswick, NJ 08902 | Attorneys for Village Gate at Edison Condominium Association, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |