UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Kelly Firm, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, NJ 07762-2030
(732) 449-0525; Fax (732) 449-0592
Attorneys for Bunce D. Atkinson, Ch 7 Trustee

Order Filed on October 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VARUN MALIK,

       Debtor.

Case No.:  22-11708

Chapter:  7

Judge:  CMG

## ORDER AUTHORIZING RETENTION OF

## AUCTION ADVISORS

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Auction Advisors_____

as _____Auctioneer_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 26 Park St.

   Suite 2200

   Montclair, NJ 07042

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-11708-CMG
Varun Malik  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Oct 05, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Jill Manzo
    on behalf of Creditor HSBC Bank USA N.A. jmanzo@spinellalawgroup.com

Joseph M. Shapiro
    on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall
    on behalf of Spec. Counsel Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Plaintiff FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

R. A. Lebron
    on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Village Gate at Edison Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 25