Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11708−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Varun Malik
   21 Maida Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−2287

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 16, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 245 − 241
Order Granting Application to Employ Professional Gagliano & Company as Appraiser (Related Doc # 241). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/16/2023. (mjb)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 16, 2023
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 16, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| app | + Robert Gagliano, Gagliano & Company, 287 Rumson Road, Little Silver, NJ 07739-1657 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |

Case 22-11708-CMG    Doc 247    Filed 10/18/23    Entered 10/19/23 00:14:31    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | on behalf of Appraiser Robert Gagliano bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov |
| Jill Manzo | on behalf of Creditor HSBC Bank USA  N.A. jmanzo@spinellalawgroup.com |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Morris S. Bauer | on behalf of Plaintiff FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Morris S. Bauer | on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| R. A. Lebron | on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Village Gate at Edison Condominium Association  Inc. collections@theassociationlawyers.com |

TOTAL: 26