UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Alex R. Leight, Esq.
Bunce D. Atkinson, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
aleight@kbtlaw.com
bunceatkinson@aol.com
Attorneys for the Trustee, Bunce D. Atkinson, Esq.

In Re:
VARUM MALIK,

Debtor.

Case No.: 22-11708

Adv. Pro. No.: _____

Chapter: 7

Subchapter V:  ☐ Yes  ☐ No

Hearing Date: 11/14/2023

Judge: CMG

## ADJOURNMENT REQUEST

1. I, Andrew J. Kelly, Esq.,

   ☑ am the attorney for: Bunce D. Atkinson, Ch. 7 Trustee,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Stay Relief Motion of Village Gate at Edison Condo Assoc.

   Current hearing date and time: 11/14/23, 10:00 am

   New date requested: 11/28/23

   Reason for adjournment request: To allow time for the parties to discuss settlement.

2. Consent to adjournment:

   ☑ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 11/13/23

/s/Andrew J. Kelly
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date: 11/28/23 at 10:00 a.m.     ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____     ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2