UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-11708 |
| VARUN MALIK | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED PRIVATE SALE

__Bunce D. Atkinson__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __December 26, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  44 Denise Drive, Edison, NJ-free and clear of any and all mortgages, real estate taxes, utility charges and municipal charges including but not limited to any sewer and water charges, condominium fees or assessments, liens, claims, and encumbrances, including judgment liens, with valid liens, claims, and encumbrances to attach to proceeds. The sale is As IS, WHERE IS, with no warranties express or implied, including no warranties for habitability or fitness for a particular purpose. The sale is subject to any condominium association bylaws and master deed.

Proposed Purchaser:  Sweta Bykhariya

Sale price:  $401,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee

Address: 1011 Highway 71, Suite 200, Spring Lake, NJ 07762

Telephone No.: (732) 449-0525

*rev.8/1/15*

2