|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>Bunce D. Atkinson, Esq.<br>Alex R. Leight, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>akelly@kbtlaw.com<br>bunceatkinson@aol.com<br>aleight@kbtlaw.com<br>(732) 449-0525<br>Attorneys for the Trustee, Bunce D. Atkinson, Esq. | |
| In Re:<br>Varun Malik,<br><br>    Debtor. | Case No.: 22-11708<br>Adv. Pro. No.: _____<br>Chapter: 7<br>Subchapter V: ☐ Yes ☐ No<br>Hearing Date: 1/2/2024<br>Judge: CMG |

## ADJOURNMENT REQUEST

1. I, Andrew J. Kelly, Esq.,

    ☑ am the attorney for: Bunce D. Atkinson, Ch. 7 Trustee,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Trusyee's Motion to Sell Property

    Current hearing date and time: 1/2/2024, 10:00 a.m.

    New date requested: 1/16/2024

    Reason for adjournment request: To allow time for purchaser of property to retain counsel.

2. Consent to adjournment:

    ☑ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/29/2023                      /s/ Andrew J. Kelly
                                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                 New hearing date: 1/16/24 at 10:00 a.m.       ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____       ❏ Peremptory

❏ Denied

> **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2