FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| CASE NUMBER: 22−11708−CMG | DATE FILED:: 3/3/22 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): <br> Varun Malik <br> xxx−xx−2287 | ADDRESS OF DEBTOR(S): <br><br> 21 Maida Road <br> Edison, NJ 08820 |
| DEBTOR'S ATTORNEY: <br> Bruce H Levitt <br> Levitt & Slafkes, P.C. <br> 515 Valley Street, Suite 140 <br> Maplewood, NJ 07040 <br><br> 973−313−1200 | TRUSTEE: <br> Bunce Atkinson <br> Bunce D. Atkinson, Chapter 7 Trustee <br> 1011 Highway 71 <br> Suite 200 <br> Spring Lake, NJ 07762 <br> 732−449−0525 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/3/24

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 5, 2024

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 22-11708-CMG
Varun Malik                                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                    Page 1 of 4
Date Rcvd: Jan 05, 2024                          Form ID: noa                                    Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| acc | + | David Armstrong, CPA, Kotulak & Company, PC, 1035 U.S. 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| cr | + | FULTON BANK, N.A., DUANE MORRIS LLP, One Riverfront Plaza, 1037 Raymond Blvd., Suite 1800, Newark, NJ 07102-5423 |
| auc | + | Oren Klein, Auction Advisors, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| app | + | Robert Gagliano, Gagliano & Company, 287 Rumson Road, Little Silver, NJ 07739-1657 |
| cr | + | Village Gate at Edison Condominium Association, In, McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519868171 | + | Brian W. Hofmeister, SubChapter V Trustee, Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648-2201 |
| 519541415 | + | Central Jersey Cardiology, PC, P.O. Box 32, Wickatunk, NJ 07765-0032 |
| 519521888 | | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541986 | #+ | Gautham Gorla and, Greeshma Rajakumara, 44 Denise Drive, Edison, NJ 08820-4602 |
| 519521893 | | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541428 | + | Riker Danzig Scherer Hyland & Perretti L, 1 Speedwell Avenue, Headquarters Plaza, Morristown, NJ 07960-6838 |
| 519541430 | + | State of New Jersey, Department of Labor and Workforce Devel, P.O. Box 389, Trenton, NJ 08646-0001 |
| 519541432 | + | Textile Decor USA, Inc., c/o Steven Mitnick, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 519541433 | + | The Leviton Law Firm, One Pierce Place, Suite 725, Itasca, IL 60143-1234 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 05 2024 20:45:00 | HSBC BANK USA, N.A., c/o HSBC Bank USA, N.A., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| sp | | Email/Text: mhall@foxrothschild.com | Jan 05 2024 20:44:00 | Fox Rothschild, LLP, 49 Market Street, Morristown, NJ 07960 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 05 2024 20:46:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519521884 | + | EDI: BANKAMER | Jan 06 2024 01:25:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519562181 | | EDI: BANKAMER | Jan 06 2024 01:25:00 | Bank of America, N.A., PO Box 673033, Dallas, |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: noa | Total Noticed: 44 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | TX 75267-3033 |
| 519521886 | + EDI: CITICORP | Jan 06 2024 01:25:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519576529 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 05 2024 20:45:00 | HSBC Bank USA, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 519540781 | + EDI: DISCOVER | Jan 06 2024 01:25:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519521887 | + EDI: DISCOVER | Jan 06 2024 01:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519521889 | + Email/Text: bankruptcy@fult.com | Jan 05 2024 20:47:00 | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519560196 | + Email/Text: bankruptcy@fult.com | Jan 05 2024 20:47:00 | Fulton Bank, N.A., Attn: Loan Operations, 1695 State Street, East Petersburg, PA 17520-1328 |
| 519521890 | + EDI: HFC.COM | Jan 06 2024 01:25:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519521891 | + EDI: HFC.COM | Jan 06 2024 01:25:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519521892 | EDI: IRS.COM | Jan 06 2024 01:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541424 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 05 2024 20:45:00 | JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, TX 75001-9013 |
| 519521885 | EDI: JPMORGANCHASE | Jan 06 2024 01:25:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519538151 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 05 2024 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519580955 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 20:45:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519521894 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 20:45:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541426 | + Email/Text: dnj@pbslaw.org | Jan 05 2024 20:46:00 | Pluese, Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519521895 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2024 20:45:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519521896 | EDI: TDBANKNORTH.COM | Jan 06 2024 01:25:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519545749 | ^ MEBN | Jan 05 2024 20:41:36 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519543233 | + Email/Text: rmcdowell@slgcollect.com | Jan 05 2024 20:46:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541434 | + Email/Text: birminghamtops@sba.gov | Jan 05 2024 20:46:48 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 519552467 | + Email/Text: ndlrc.legal@sba.gov | Jan 05 2024 20:45:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 28

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: noa | Total Noticed: 44 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541414 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519541417 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519541419 | * | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541418 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519541420 | *+ | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519541421 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519541422 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519541423 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541416 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519541425 | * | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541427 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541429 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541431 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

**Name**  **Email Address**

Andrew J. Kelly
    on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com

Brian W. Hofmeister
    on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com

Bruce H Levitt
    on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
    on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bunce Atkinson
    on behalf of Appraiser Robert Gagliano bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Joseph M. Shapiro
    on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall
    on behalf of Spec. Counsel Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Marlena S. Diaz-Cobo
    on behalf of Creditor Village Gate at Edison Condominium Association Inc. collections@theassociationlawyers.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Morris S. Bauer
    on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Plaintiff FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Morris S. Bauer
    on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Paul S. Doherty, III
    on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

R. A. Lebron
    on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com

Rebecca K. McDowell
    on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Village Gate at Edison Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 26