# BUNCE D. ATKINSON
# CHAPTER 7 TRUSTEE

Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
(732) 449-0592-FAX

April 6, 2026

Clerk, US Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

     RE:   VARUN MALIK
          Case No. 22-11708 CMG

Dear Clerk:

     I am preparing a Final Report for the above case and respectfully request confirmation of any outstanding fees due the Court. Please docket a response so I can proceed to finalize my report and include fees, if any, due the Court. Thank you.

          Very truly yours,

          */s/Bunce D. Atkinson*
          BUNCE D. ATKINSON,
          Chapter 7 Bankruptcy Trustee

BDA:ted