Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−11708−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Varun Malik
21 Maida Road
Edison, NJ 08820

Social Security No.:
xxx−xx−2287

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        6/9/26
Time:         02:00 PM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew J. Kelly, Trustee's Attorney

COMMISSION OR FEES
fee: $35,033.00

EXPENSES
expenses: $320.74

If this is a chapter 13 case, the fees and expenses awarded:

☐      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 6, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11708-CMG |
| Varun Malik | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 06, 2026 | Form ID: 137 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| acc | + | David Armstrong, CPA, Kotulak & Company, PC, 1035 U.S. 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| sp | + | Fox Rothschild, LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| auc | + | Oren Klein, Auction Advisors, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| app | + | Robert Gagliano, Gagliano & Company, 287 Rumson Road, Little Silver, NJ 07739-1657 |
| cr | + | Village Gate at Edison Condominium Association, In, McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519868171 | + | Brian W. Hofmeister, SubChapter V Trustee, Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648-2201 |
| 519541415 | + | Central Jersey Cardiology, PC, P.O. Box 32, Wickatunk, NJ 07765-0032 |
| 519521888 | | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 520189600 | | Middlebrooks Shapiro, P.C., P.O. Box 1630, Belmar, New Jersey 07719-1630 |
| 519521893 | | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541428 | + | Riker Danzig Scherer Hyland & Perretti L, 1 Speedwell Avenue, Headquarters Plaza, Morristown, NJ 07960-6838 |
| 519541432 | + | Textile Decor USA, Inc., c/o Steven Mitnick, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 520129986 | + | Village Gate at Edison Condominium Association, C/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick NJ 08902-3312 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 06 2026 21:32:00 | HSBC BANK USA, N.A., c/o HSBC Bank USA, N.A., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | May 06 2026 21:32:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519521884 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 06 2026 21:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519562181 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 06 2026 21:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519521885 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0312-3    User: admin    Page 2 of 4

Date Rcvd: May 06, 2026    Form ID: 137    Total Noticed: 44

| | | | | | |
|---|---|---|---|---|---|
| | | | May 06 2026 21:40:30 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 | |
| 519521886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | | May 06 2026 21:40:58 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 | |
| 519576529 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | | |
| | | | May 06 2026 21:32:00 | HSBC Bank USA, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945 | |
| 519540781 | + | Email/Text: mrdiscen@discover.com | | | |
| | | | May 06 2026 21:31:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 | |
| 519521887 | + | Email/Text: mrdiscen@discover.com | | | |
| | | | May 06 2026 21:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 | |
| 519521889 | + | Email/Text: bankruptcy@fultonbank.com | | | |
| | | | May 06 2026 21:33:00 | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 | |
| 519560196 | + | Email/Text: bankruptcy@fultonbank.com | | | |
| | | | May 06 2026 21:33:00 | Fulton Bank, N.A., Attn: Loan Operations, 1695 State Street, East Petersburg, PA 17520-1328 | |
| 519521890 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | | |
| | | | May 06 2026 21:31:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 | |
| 519521891 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | | |
| | | | May 06 2026 21:31:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 | |
| 519521892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | | |
| | | | May 06 2026 21:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 | |
| 519541424 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | | |
| | | | May 06 2026 21:32:00 | JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, TX 75001-9013 | |
| 519538151 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | | |
| | | | May 06 2026 21:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 | |
| 519580955 | | Email/Text: Bankruptcy.Notices@pnc.com | | | |
| | | | May 06 2026 21:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 | |
| 519521894 | | Email/Text: Bankruptcy.Notices@pnc.com | | | |
| | | | May 06 2026 21:31:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 | |
| 519541426 | + | Email/Text: dnj@pbslaw.org | | | |
| | | | May 06 2026 21:32:00 | Pluese, Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 | |
| 519521895 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | | |
| | | | May 06 2026 21:31:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 | |
| 519541430 | ^ | MEBN | | | |
| | | | May 06 2026 21:30:18 | State of New Jersey, Department of Labor and Workforce Devel, P.O. Box 389, Trenton, NJ 08646-0001 | |
| 519521896 | | Email/Text: bankruptcy@td.com | | | |
| | | | May 06 2026 21:32:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 | |
| 519545749 | ^ | MEBN | | | |
| | | | May 06 2026 21:26:52 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 | |
| 519543233 | + | Email/Text: rmcdowell@slgcollect.com | | | |
| | | | May 06 2026 21:32:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 | |
| 519541433 | + | Email/Text: litigation@brownandjoseph.com | | | |
| | | | May 06 2026 21:32:00 | The Leviton Law Firm, One Pierce Place, Suite 725, Itasca, IL 60143-1234 | |
| 519541434 | + | Email/Text: bankruptcynotices@sba.gov | | | |
| | | | May 06 2026 21:33:00 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 | |
| 519552467 | + | Email/Text: bankruptcynotices@sba.gov | | | |
| | | | May 06 2026 21:32:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 | |

TOTAL: 29

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: May 06, 2026 | Form ID: 137 | Total Noticed: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541414 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519541416 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519541417 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519541419 | * | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541418 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519541420 | *+ | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519541421 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519541422 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519541423 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541425 | * | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541427 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541429 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541431 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| cr | ##+ | FULTON BANK, N.A., DUANE MORRIS LLP, One Riverfront Plaza, 1037 Raymond Blvd., Suite 1800, Newark, NJ 07102-5423 |
| 519541986 | ##+ | Gautham Gorla and, Greeshma Rajakumara, 44 Denise Drive, Edison, NJ 08820-4602 |

TOTAL: 0 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | on behalf of Appraiser Robert Gagliano bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: May 06, 2026 | Form ID: 137 | Total Noticed: 44

on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson

bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Eamonn O'Hagan

on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Joseph M. Shapiro

on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

Margaret Mcgee

on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall

on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Marlena S. Diaz-Cobo

on behalf of Creditor Village Gate at Edison Condominium Association  Inc. collections@theassociationlawyers.com

Matthew K. Fissel

on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Morris S. Bauer

on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Morris S. Bauer

on behalf of Plaintiff FULTON BANK  N.A. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Morris S. Bauer

on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Paul S. Doherty, III

on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III

on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

Paul S. Doherty, III

on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

R. A. Lebron

on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com

Rebecca K. McDowell

on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman

on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Village Gate at Edison Condominium Association  Inc. collections@theassociationlawyers.com


TOTAL: 26