UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee
732-449-0525
akelly@kbtlaw.com

In Re:

VARUN MALIK,
                    Debtor.

Order Filed on June 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____22-11708_____

Hearing Date: ____June 9, 2026____

Judge: ____CMG____

Chapter: ____7____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| The Kelly Firm, P.C.<br>Trustee's Attorney | $35,033.00 | $320.74 |

*rev.8/1/15*