UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee
732-449-0525
akelly@kbtlaw.com

In Re:

VARUN MALIK,
                          Debtor.

Order Filed on June 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 22-11708 |
| Hearing Date: | June 9, 2026 |
| Judge: | CMG |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| The Kelly Firm, P.C.<br>Trustee's Attorney | $35,033.00 | $320.74 |

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:

Varun Malik

     Debtor

Case No. 22-11708-CMG

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID          Recipient Name and Address**
db          + Varun Malik, 21 Maida Road, Edison, NJ 08820-2531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |

District/off: 0312-3                           User: admin                                          Page 2 of 2
Date Rcvd: Jun 10, 2026                        Form ID: pdf903                                      Total Noticed: 1

Bunce Atkinson
                          on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
                          NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
                          on behalf of Appraiser Robert Gagliano bunceatkinson@aol.com
                          NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Eamonn O'Hagan
                          on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov

Joseph M. Shapiro
                          on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com

Margaret Mcgee
                          on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Mark E. Hall
                          on behalf of Spec. Counsel Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Marlena S. Diaz-Cobo
                          on behalf of Creditor Village Gate at Edison Condominium Association  Inc. collections@theassociationlawyers.com

Matthew K. Fissel
                          on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michael A. Artis
                          on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Morris S. Bauer
                          on behalf of Defendant Fulton Bank  N.A. MSBauer@duanemorris.com,
                          tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Morris S. Bauer
                          on behalf of Creditor FULTON BANK  N.A. MSBauer@duanemorris.com,
                          tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Morris S. Bauer
                          on behalf of Plaintiff FULTON BANK  N.A. MSBauer@duanemorris.com,
                          tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Paul S. Doherty, III
                          on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com

Paul S. Doherty, III
                          on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com

Paul S. Doherty, III
                          on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com

R. A. Lebron
                          on behalf of Creditor HSBC Bank USA  N.A. bankruptcy@fskslaw.com

Rebecca K. McDowell
                          on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert P. Saltzman
                          on behalf of Creditor HSBC BANK USA  N.A. dnj@pbslaw.org

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
                          on behalf of Creditor Village Gate at Edison Condominium Association  Inc. collections@theassociationlawyers.com


TOTAL: 26