Form 192 − aplccmpnrpt

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11708−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Varun Malik
21 Maida Road
Edison, NJ 08820

Social Security No.:
xxx−xx−2287

Employer's Tax I.D. No.:

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
OF HEARING ON APPLICATIONS FOR COMPENSATION
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

| | |
|---|---|
| DATE: | October 13, 2026 |
| TIME: | 02:00 PM |
| LOCATION: | Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507 |

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

| | |
|---|---|
| TOTAL RECEIPTS: | $37,147.18 |
| TOTAL DISBURSEMENTS: | $33,625.74 |
| BALANCE ON HAND: | $3,917.06 |

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Bunce Atkinson, Trustee

COMMISSION OR FEES
$4,464.72

EXPENSES
$52.94

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: September 9, 2026
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-11708-CMG

Varun Malik Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4

Date Rcvd: Sep 09, 2026 Form ID: 192 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Varun Malik, 21 Maida Road, Edison, NJ 08820-2531 |
| auc | + | Auction Advisors, 26 Park Street, Suite 2200, Monclair, NJ 07042-3434 |
| acc | + | David Armstrong, CPA, Kotulak & Company, PC, 1035 U.S. 46 East, Suite B-107, Clifton, NJ 07013-2430 |
| sp | + | Fox Rothschild, LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| auc | + | Oren Klein, Auction Advisors, 26 Park Street, Suite 2200, Montclair, NJ 07042-3434 |
| app | + | Robert Gagliano, Gagliano & Company, 287 Rumson Road, Little Silver, NJ 07739-1657 |
| cr | + | Village Gate at Edison Condominium Association, In, McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519868171 | + | Brian W. Hofmeister, SubChapter V Trustee, Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648-2201 |
| 519541415 | + | Central Jersey Cardiology, PC, P.O. Box 32, Wickatunk, NJ 07765-0032 |
| 519521888 | | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 520189600 | | Middlebrooks Shapiro, P.C., P.O. Box 1630, Belmar, New Jersey 07719-1630 |
| 519521893 | | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541428 | + | Riker Danzig Scherer Hyland & Perretti L, 1 Speedwell Avenue, Headquarters Plaza, Morristown, NJ 07960-6838 |
| 519541432 | + | Textile Decor USA, Inc., c/o Steven Mitnick, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 520129986 | + | Village Gate at Edison Condominium Association, C/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick NJ 08902-3312 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2026 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2026 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 09 2026 21:32:00 | HSBC BANK USA, N.A., c/o HSBC Bank USA, N.A., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Sep 09 2026 21:33:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519521884 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 09 2026 21:32:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519562181 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 09 2026 21:32:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519521885 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 09 2026 21:36:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519521886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2026 21:47:25 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519576529 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 09 2026 21:32:00 | HSBC Bank USA, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 519540781 | + | Email/Text: mrdiscen@discover.com | Sep 09 2026 21:32:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519521887 | + | Email/Text: mrdiscen@discover.com | Sep 09 2026 21:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519521889 | + | Email/Text: bankruptcy@fultonbank.com | Sep 09 2026 21:33:00 | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519560196 | + | Email/Text: bankruptcy@fultonbank.com | Sep 09 2026 21:33:00 | Fulton Bank, N.A., Attn: Loan Operations, 1695 State Street, East Petersburg, PA 17520-1328 |
| 519521890 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 09 2026 21:32:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519521891 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 09 2026 21:32:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519521892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 21:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541424 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 09 2026 21:32:00 | JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, TX 75001-9013 |
| 519538151 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 09 2026 21:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519580955 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2026 21:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519521894 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2026 21:32:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541426 | + | Email/Text: dnj@pbslaw.org | Sep 09 2026 21:33:00 | Pluese, Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519521895 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 09 2026 21:32:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541430 | ^ | MEBN | Sep 09 2026 21:31:58 | State of New Jersey, Department of Labor and Workforce Devel, P.O. Box 389, Trenton, NJ 08646-0001 |
| 519521896 | | Email/Text: bankruptcy@td.com | Sep 09 2026 21:33:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519545749 | ^ | MEBN | Sep 09 2026 21:32:37 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519543233 | + | Email/Text: rmcdowell@slgcollect.com | Sep 09 2026 21:33:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541433 | + | Email/Text: litigation@brownandjoseph.com | Sep 09 2026 21:33:00 | The Leviton Law Firm, One Pierce Place, Suite 725, Itasca, IL 60143-1234 |
| 519541434 | + | Email/Text: bankruptcynotices@sba.gov | Sep 09 2026 21:33:00 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 519552467 | + | Email/Text: bankruptcynotices@sba.gov | Sep 09 2026 21:33:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541414 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519541416 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519541417 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519541419 | * | DMI/HSBC Bank Usa, N.A, Credit Information Department, Lake Zurich, IL 60047 |
| 519541418 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519541420 | *+ | Fulton Bank, N.A., 117 West End Avenue, Somerville, NJ 08876-1828 |
| 519541421 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519541422 | *+ | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffolo, NY 14240-2013 |
| 519541423 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541425 | * | Morris S. Bauer, Esq., Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, P.O. Box 5933, Bridgewater, NJ 08807-5933 |
| 519541427 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519541429 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519541431 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| cr | ##+ | FULTON BANK, N.A., DUANE MORRIS LLP, One Riverfront Plaza, 1037 Raymond Blvd., Suite 1800, Newark, NJ 07102-5423 |
| 519541986 | ##+ | Gautham Gorla and, Greeshma Rajakumara, 44 Denise Drive, Edison, NJ 08820-4602 |

TOTAL: 0 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Bruce H Levitt | on behalf of Defendant Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Varun Malik blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | on behalf of Appraiser Robert Gagliano bunceatkinson@aol.com |

| | |
|---|---|
| | NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Eamonn O'Hagan | on behalf of Creditor U.S. Small Business Administration eamonn.ohagan@usdoj.gov |
| Joseph M. Shapiro | on behalf of Plaintiff Varun Malik jshapiro@middlebrooksshapiro.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark E. Hall | on behalf of Spec. Counsel Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Village Gate at Edison Condominium Association Inc. collections@theassociationlawyers.com |
| Matthew K. Fissel | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Morris S. Bauer | on behalf of Defendant Fulton Bank N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Creditor FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Plaintiff FULTON BANK N.A. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Ravi Uppal pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Swati Bhatheja pdoherty@hdrbb.com |
| Paul S. Doherty, III | on behalf of Unknown Role Type Glenwood Office Furniture II pdoherty@hdrbb.com |
| R. A. Lebron | on behalf of Creditor HSBC Bank USA N.A. bankruptcy@fskslaw.com |
| Rebecca K. McDowell | on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor HSBC BANK USA N.A. dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Village Gate at Edison Condominium Association Inc. collections@theassociationlawyers.com |

TOTAL: 26